org.

1 | Teodor Marian

2 | P. O. Box 1461

3 | Ventura, CA 93002

4 | Plaintiff in Pro Per

5 | 

6 | No Telephone

FILED
CLERK, U.S. DISTRICT COURT

NOV - 7 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

7

8

9

**UNITRD STATES DISTRICT COURTS**

10

**CENTRAL DISTRICT OF CALIFORNIA**

11

12

13 | Teodor Marian,                              )

14 |                     Plaintiff,              )

15 |          v.                                 )   Case No.: CV16-8276-DMG (RAOx)

16 | **Julian Castro,** in his Individual capacity,  ) **PRO SE COMPLAINT AGAINST VENTURA**

17 | (Secretary Housing and Urban Deve.HUD.))**SEC. 8 VOUCHER PROGRAM FOR DAMAGE**

18

19 | **Nan McKay,** in his individual Capacity    ) **AND INJURY  DUE TO RECKLESS,**

20 | (Housing Inspector at Housing Authority     ) **HARASSING, WANTONLY, ADVERSE ,**

21 | Section 8 Program of Ventura, CA);          ) **UNREASONABLE  AND INADEQUATE**

22 | **Nori De La O,** in her Individual Capacity  ) **SERVICES BY FAILURE TO COMPLY**

23 | (Housing Inspector at Housing Authority     ) **WITH AND IMPLEMENT FEDERAL**

24 | Section 8 Program of Ventura, CA);          ) **LAW AND REGULATIONS TO**

25 | 

26 | **Terri Hernandez,** in her Individual Capacity) **PROPERLY COMPUTE MANDATORY**

27

28

1

| | |
|---|---|
| 1 | (Housing Specialist at Housing Authority ) **DEDUCTIONS AND ALLOWANCES FOR** |
| 2 | **Denise Wise,** in his Individual Capacity ) **TENANT WITHIN 3/4/09 AND 4/2/16.** |
| 3 | (Chief Executive Officer at Housing Authority ) **Jury Trial Demanded:** ☒ Yes  ☐ No |
| 4 | Authority Section 8 Program, Ventura, CA);  ) |
| 5 | **DICKENS CHANG(PETER)** in his Individual) |
| 6 | Capacity, Original Owner under 3/4/09 Contract) |
| 7 | Between Tenant and Sec.8 Until 2/2/16.    ) |
| 8 | _____ Defendants.  ) |

## PRO SE GENERAL ALLEGATIONS

**1.** For convenience of the Court and interested parties plaintiff attaches evidence/record as 'E-1-64.

**2.** Pro se Plaintiff Teodor Marian (hereinafter 'Plaintiff') alleges that he rented the unit 968 E. Main St. Ventura, CA 93001 since 5/1/07.

**3.** Plaintiff alleges that since 3/4,18/09 is duly qualified for Ventura Sec. 8 voucher program under contract entered between Owner DICKENS CHANG (PETER) , Sec.8 and Tenant/Plaintiff (hereinafter 'Tenant') as parties to contract that was signed only by owner and tenant in respect to 'utilities and appliances' for the unit 968 E. Main St. Ventura, CA 93001, under contract 'Form: HUD-52517 (06/2003), ref. Handbook 7420.8, *see E 1-2a1.*

**4.** Plaintiff alleges that Housing Authority of San Buenaventura (hereinafter 'HA'), whenever, including 4/9/09, Terri Hernandez (hereinafter 'Terri') housing specialist, 'declined' to sign the contract, Form: HUD-52517 (1/2007), ref. Handbook 7420.8, between HA and owner in respect to 'utilities and appliances 'which was signed only by Owner Dickens Chang, *see E 2a.*

2

**5.** Plaintiff alleges that under Sec.8 Handbook 7420.8 is 'necessary to be existent a contract between HA and owner for complete utilities and appliances' as that between owner and tenant, *see E 1-2a.*

**6.** Plaintiff alleges that under 3/4,18/09 Contract (Form: HUD-52517 (06/2003), ref. Handbook 7420.8) that appears to be a 'request for tenancy, approval housing choice voucher program', thereunder 'Sec.8-Terri is not a signor-party' *see E 1,2.*

**7.** Plaintiff alleges that Sec.8-Terri is not a signor party under any of 3/4,18/09 and 4/9/09 or any other contracts and therefore is not entitled to claim any right thereunder, *see E 1-2a.*

**8.** Plaintiff alleges that under 3/4,18/09 contract Terri 'coerced' owner and tenant to 'sign and agree by Terri's 'behest' *that the heating is by natural gas and is paid by owner, see E 1,2.*

**9.** Plaintiff alleges that the '*owner paid no penny*' for use of gas for unit 968 between 3/4/09 contract and 2/2/16 when Sec.8 in absence of tenant's consent designated a new owner, *see E2,3.*

**10.** Plaintiff alleges that the 2/2/16 new owner was required/coerced to comply with the '*behest*' of *Terri* and declare that tenant pays for gas, *see E3*

**11.** Plaintiff alleges that between 3/4,18/09 and 2/2/16 or actual time as of 10/10/31/16 tenant whenever used only electricity for all purposes and never used natural gas.

**12.** Plaintiff alleges that 2/2/16 declaration of new owner on *behest* of Terri that tenant pays the gas is false, *see E 3, 4-gas company record on 10/14/16 that actual tenant is not a current resident at unit 968 E. Main St. paying gas there.*

**13.** Plaintiff alleges that by false statements from 3/4,18/09 original owner obtained under coercion in respect to gas as paid by owner, false statements from 2/2/16 new owner obtained under coercion in respect to gas as paid by tenant, and false statements and lies from Nan McKay (hereinafter 'Nan') at 2014-16 inspections in respect to 'utilities and appliances' who provide

3

and who pay for.  Whenever Terri perpetrated and pursued a fraud by calculating maximum

tenant's rent and lower the pay for owner when considering use and pay for gas that is cheaper

than electricity that whenever was used by tenant for any purpose, including heating.

**14.** Plaintiff alleges that there do not exist any proof of payment of gas in possession of owner,

tenant, gas company or Sec.8.

**15.** Plaintiff alleges that 'tenant's name Teodor Marian do not exists in gas company actual

record' according to gas company's 10/14/16 notice. The notice is addressed to 'current resident'

that is not Teodor Marian, that mean there is not the resident Teodor Marian paying gas, *see E 4.*

**16.** Plaintiff alleges that 'on 7/31/07 'expired' the ONB No. 2577-169 that 'precludes' using on

3/4,18/09 of contract's Form:HUD-52517 (06/2003), ref. Handbook7420.8, *see E 1,2.*

**17.** Plaintiff alleges that 'utility allowances' is directly based on 'self-declaration' statement that

must include '*utilities and appliances*' statement and who provide and pay for  them, and a

statement from inspection at that time for 'utilities and appliances' in the same respects.

**18.** *Plaintiff alleges that '*first  main and crucial matter at issue*'* in instant case is who, owner

or tenant, paid or actually pays for use of gas for heating or other purposes for unit 968 E. Main

St. Ventura, CA 93001 since 3/4,18/09 contract  and until this time as of 10/31/16,  *see E 1-3.*

**19.** *Plaintiff alleges that '*second main matter at issue*'* in instant case is that HA-Sec.8 voucher

program Terri and Nan improperly, inadequately, unfair, adversely and aggressively interdict and

prohibit actual tenant to use electricity for heating while using of gas for heating the 1950 old

heater functional is more dangerous and tenant is not willing to assume any risk for gas heating.

**20.** *Plaintiff alleges that '*third main matter at issue*'* in instant case is the 'means and manner'

used in Terri's 2/2/16 'utility allowance' in setting of tenant's rent at $229.00/Mo, *see E 6.*

**21.** Plaintiff alleges that since 3/4,18/09 contract use of gas for heating has been adversely raised

the first time only within 2014-**2016** at annual inspections by *'Nan'* who adversely, aggressively

and inadequately 'confronted the owner and tenant for not use of gas for heating'. Nan 'coerced

aggressively tenant and owner interdicting to use electricity for heating'. This incident was at

1/6/16 inspection by Nan in owner's room at #970 (above tenant's room #968). The adverse and

aggressive conduct by Nan against actual owner and tenant strongly conflicts and violates the 42

USCA Sec. f (G)-Inspection guideline, set forth under 42 USCA  Pocket 6/20/16.

**22.** Plaintiff alleges that as appears from record *Nan* is a skin colored 'extremist radical Islamist

Muslim terrorist' acting in 'Islamic State Style' committed to terrorize and destroy whites-'actual

tenant' by 'personal invented extreme false statement and lies'. Nan whenever declines his

responsibility and liability by hiding his name under 'inspection team' that is a practice of

'terrorist groups' in their attacks hid the name of persons who made the attack  under the name of

group, *see E60-65*.

**23.** Plaintiff alleges that due to repeated aggressive confrontation provocations within 2014-16

by Nan McKay, specially after 1/6/16 incident provoked by Nan, on 1/19/16 in 'self-declaration'

at p.3 of 3, tenant stated: "request for *back-pay* for 'electric heating' since 3/4/09 when Sec. 8

started until the time of 1/19/16,'otherwise a *court* will be called to address this matter' ",*see E5*.

**24.** Plaintiff alleges that Terri's 2/2/16 rent set at $229.00 ($21.00 reduced from prior  $250.00)

in respect to utility allowance effective 4/1/16 is based on false statements and lies by Nan for

utilities/appliances and false statement by 2/2/16 new owner that tenant pays the gas,*seeE3,6*.

**25.**  Plaintiff alleges that on 4/19/16 Denise Wise (Chief Executive Officer) issued a check of

$120.00 as 'retro utility allowance reimbursement' for eight years that was improper and

inadequate for the period of 3/4/09-4/1/16, since from 2/2/16 utility allowance was $21.00/Mo

effective 4/1/16, the check was rejected, *see E 6, 7*.

5

**26.** Plaintiff alleges that on 4/25/16 submitted to Terri a "Complaint for damages due to failure to set a 'fair informal hearing' and 'failure to comply with and implement federal law and regulations' and failure to properly compute deductions and allowances between 2009 and 2016", *see E 8,9.*

**27.** Plaintiff alleges that on 2/20/16 submitted to Terri a request for 'informal hearing' and reexamination of all services provided by Sec. 8 within 2009-2016, *see E9a.*

**28.** Plaintiff alleges that Terri on 4/26/16 sets a 5/9/16 a 'tenancy review', there Terri is recklessly, deceiving, improperly and inadequately when assumes a presumed requested that there is '*to discuss*' 'current' (but there was since 3/4,18/09 to 2016-see E 9a that not mean 'current') *issues* related to housing subsidy.  This practice do not comport with a 'fair informal hearing' or contemplated therein, this is not a 'fair informal hearing' and as appears it is a 'false representation, deceit, prejudice and fraud' by a 'Terri-housing specialist', *see E 9b.*

**29.** Plaintiff alleges that the 4/25/16 "complaint 'rejected' on 5/11/16 by 'Denise Wise' ", Chief Executive Officer under Cal. Gov. Code Sec 945.6 is deceiving and misleading in not to use the federal proper statute as 24 CFR Sec. 17.11 , *see E 10, 10a.*

**30. Following 5/11/16 denial/reject of 4/25/16 complaint by Sec. 8 of Ventura by Denise Wise (Chief Executive Officer), now tenant is filing the complaint in this Court for 'judicial review and remedy'.**

//////////

////////

//////

//////

## JURISDICTION

**31.** Plaintiff alleges that this Court has *'subject matter jurisdiction under 28 USCA Sec 1331'.*

**32.** Plaintiff alleges that instant action arise under *'42 USCA Sec. 1437f, 28 USCA Sec 1331 pursuant to which the HUD contract was formed, and federal common law'.*

**33.** Plaintiff alleges that "suits to *'enforce contracts'* with federal agencies *'are governed by federal common law'*, … *and as a result arise under federal law for purposes of section 1331".

**34.** Plaintiff alleges that this Court has jurisdiction over the parties under *42 USCA Sec 14404a* as to 'waiver of sovereign immunity', and under *42 USCA Sec. 1437et seq.* in respect to contract with HUD.

**35.** Plaintiff alleges that this Court is a proper Court and has competent jurisdiction over all parties individually sued and subject matters of this litigation conferred under  42 USCA Sec. 1404a and 28 USCA Sec. 1331.

## PRO SE FACTUAL ALLEGATIONS

**36.** Plaintiff alleges that persons conducting annual tenant's rent calculation as Terri (or other person), Nori De La O (hereinafter 'Nori') and Nan conducting annual inspections they are under supervision, control and direction of Denise Wise (chief executive officer), whenever 'coordinated one other' and correlated they acted improperly, recklessly, wantonly, harassing and inadequately in order to cause damage and injure tenant in his 'property rights' affecting negatively to have a proper and adequate federal subsidy for which tenant is duly qualified, being dully qualified legally it equals with a 'vested  property right' under any constitution , *see E 1-7.*

**37.** Plaintiff alleges that whenever between 2009 and 2012 tenant's 'self-declaration' adequately states provision for income but lacking provision for 'utilities and appliances'. For calculation of

rent by Terri in 2009 and by Dee Dee Chambers (hereinafter 'Dee') in 2010-12 they each used different contradictory forms, they do not use a 'Standard Form'. In absence of 'utilities and appliances' statement by tenant in 'self-declaration' the calculation of rent is at 'caprice and will' of Terri or Dee taking advantage that prejudicially cause damage and injury by fixing highest rent for tenant and lowest pay by Sec. 8 to owner, *see E 11-29*.

**38.** Plaintiff presents the *"E 11-29"* as follows: **For 2009 (by Terri):** E 11,12-is self-declaration, E 13-15- is 4/6/09 'initial' calculation of tenant's rent, E 16-18-is the 4/23/09 'interim adjustment' of tenant's rent (the rent was lowered), * there in rent calculation by Terri *on 4/6/09 and 4/23/09, there are improper and inadequate utility allowance calculation, see E 15, 18*; **For 2010 (by Dee):** E 19,20-is self-declaration, E 21-23-is 2/2/10 calculation of tenant's rent higher, *there the utility allowance item is zerou, see E 23*, E 24-is 3/8/10 scheduled 'informal hearing' improperly held by Dee for *her adverse action* and the hearing was *not* according to due' 'fair informal hearing' procedure in respect to 2/2/10 her adverse action that the hearing to be held by different officer/person; **For 2011 (by Dee):** E 25-27-is tenant's rent steady but there *'utility allowance is zero', see E 26*; **For 2012 (by Dee):** E 28, 29-is rent increased but there *'utility allowance is zero', see` E 28.*

**39.** Plaintiff alleges that Terri's 2009 calculation of tenant's rent on 4/6/09 and 4/23/09 is recklessly, wantonly, harassing, inadequate and uncertain for 'Terri as a Housing Specialist' that caused damages and injury to tenant and, the owner (Dickens Chang-Peter) to ask more money which tenant paid over tenant's rent sett at $232.00/Mo, *see E 16*.

**40.** Plaintiff alleges that 12/30/13, *'E30-35'*, 'self-declaration' p.3of 3, E 34 there is marked that the heating is electrical but there is improper marked that 'refrigerator is provided by owner'. At that time the refrigerator was not working since 2011 and also owner knew that and that tenant

uses his own two small refrigerators. Whenever at any inspection tenant told that refrigerator is provided by tenant, and each time all refrigerators were inspected if working or not.

**41.** Plaintiff alleges that 1/17/13, *'E 36-41'*, 'self-declaration' p. 3 of 3, E 40 there is properly marked heating electrical and the refrigerator provided by tenant.

**42.** Plaintiff alleges that a proper, adequate and complete 'self-declaration', that generally is critical matter at issue, is filed 1/14/15 that is correct, in accord with reality and valid since 2011 until this time of 10/30/16and should be considered for this period, 2011-16. This self-declaration is presented under *'E 42-48'*.  Here are correct and complete statements in as follows: on page 2 of 3, #10, E 45-is stated that tenant has 'no health care insurance since 7/15/08 colon polyp surgery and procures medicines over-the-counter; on page 3 of 3, *E 47-* are the statements in respect to 'utility who pays for' and 'appliances who provide them'.

**43.** Plaintiff alleges that the 2015 self-declaration statements (above), no person calculating tenant's rent, including Terri, has considered such statements properly and adequately in calculation of rent, specifically by Terri in 2016 when was prejudicially used false statements and lies by Nan and the 2/2/16 new owner, *see E 3.*

**44.** Plaintiff alleges that under *'E 49-59'* is tenant's 2016 rent of $229.00 (see E 49) set by Terri mainly based on Terri's *'utility allowance clarification'* calculation on 2/2/16 by improperly using inappropriate and inadequate standard, false statements and lies of Nan and the 2/2/16 Terri's designated new owner who is a stranger to 3/4/09 original contract, thus the calculation is unfair, not impartial, recklessly, wantonly, improperly, harassing, inadequate and inappropriate.

**45.** Plaintiff alleges that Terri's 4/20/16 letter', *see E 53,* as 'utility allowance correction' is mainly based on *'statements of landlord'* in respect to 'utility/appliances' update, that tenant is responsible for gas-heat. But it appears to be a 'Terri's coercion' and interdiction of

'heat by electricity' that conflicts with the 1st Amendment freedom of choice and 14th Amendment due process of US constitution. There was not held the due administrative proceedings in respect to utility allowances. The letter also states that _landlord_ provides the refrigerator but this does not working since 2011 and this conflicts with the 1/14/15 self-declaration by tenant, *see E 47*. Further, who is said landlord who on 2/2/16 on *behest* of Terri signs those statements'? as appears on 2/2/16 paper with those statements there as *Owner's signature is by Alex Chang, see E 54.* BUT Alex Chang is not a party in instant case, 'Alex name' do not appears under 3/4,18/09 contract or under the 4/1/09 lease agreement, *see E 56-59*. Alex is not the landlord or the owner in instant case and his signature is 'not a legal substitute' for signature of landlord or owner, thus Alex's signature is illegal and invalid, *see E54*.

46. Plaintiff alleges that true name of the owner/landlord is DICKENS CHANG (PETER) who appears in all documents, *see E 1, 2, 13, 16, 21 and 25*. Therefore, the 2/2/16 signature by Alex is not proper or adequate and the statements under that signature in respect to utility/appliance stated in Terri's 4/20/16 letter, both the signature and the letter have no legal standing and are not valid. The statements by Alex under his 2/2/16 signature are not credible or truthful and legally cannot be considered as Terri did in her 4/20/16 letter.

47. Plaintiff alleges that the standard, means and manner used by Terri in calculation of 2/2/16 rent (see E 53-55) is improper and inadequate consideration, rather, it is in retaliation to tenant's request for back-pay for electric heating since 2009 until 1/19/16, otherwise a court will be called to address this matter, *see E 52*. ****

48. Plaintiff alleges that in calculating the rent on base of AMI (Adjusted Monthly Income) percentage between 2009 and 2016 by Terri and Dee whenever was improperly and inadequately used 40% instead of 30% as the law, thus Terri and Dee violated the statutory mandate under 42

USCA Sec. 1437 a (a)(1)(A), 42 USCA Sec. a (b)(2)(C)(ii), also was violated  42 USCA

Sec.1437 f (D)-Utility allowance  that are set forth under '42 USCA Pocket 6/20/16'.

## MONETARY DAMAGE CLAIM

**49.** Plaintiff alleges that all defendants individually sued are under an 'unprecedented systematic

manipulation coordinated by Denise Wise the Chief Executive at Ventura Sec. 8 voucher

program coordinating  Terri, Nan, Nori, including the owner Dickens Chang (Peter) an activity

by consent and  under protection of  Julian Castro the Secretary of Housing and Urban

Development (HUD)' for 'illegitimate purposes and pretenses' to  cause damage and injury

manipulating highest rents for actual tenant and smallest payments to owner by Sec. 8 Ventura

dictated by HUD' Secretary.

**50.**  Plaintiff alleges that 'monetary damage claim' due to damage and injuries willfully caused

by defendants between 2009 and 2016 is sought in this complaint by plaintiff-tenant against each

individual  defendant in his/her individually capacity due to deceit, misrepresentation, harassing,

reckless, wanton, prejudice, fraud, *******

*51. The damage claim sought by plaintiff/tenant in this complaint based on foregoing is

individually sought as follows:

-$75,000 against *Julian Castro* due to failure to delegate proper power and authority to Ventura

Sec. 8 , $15,000 compensatory Damages and $5,000 exemplary damages;

-$75, 000 against Nan McKay due to reckless and harassing inspections, $20, 000 compensatory

damages and $10,000 exemplary damages;

-$45,000 for Nori De La O due to failure to proper and fair coordinate inspections according to

the law and by proper persons,$5,000 compensatory damages and $3,000 exemplary damages;

-$20,000 for Terri Hernandez due to improper and harassing assessments of facts and grounds in annual calculation of tenant's rent by deductions and allowances, $5,000 compensatory damages, and $3,000 exemplary damages;

-15,000 for Denise Wise due to failure t6o provide and coordinate fair services under Sec. 8, $5,000 compensatory damages, AND $3,000 exemplary damages;

-$40,000 for Dickens Chang (Peter) due to false statements under 3/4/09 contract, $10,000 compensatory damages and $5,000 exemplary damages.

Tenant considers to be entitled to above 'monetary damage relief' due to Ventura Sec. 8 failure to coordinate and provide fair services and a 'fair informal hearing'. The services provided are not fair and impartial, rather, were reckless, adverse and harassing within 2009-16.

Whenever was denied administrative fair hearing that is in conflict with federal law, regulations and practice.

## VERIFICATION

Based on foregoing plaintiff declares that the matters set forth herein are in knowledge of plaintiff and can testify positively therefor. Plaintiff declare that foregoing is true and correct.

Dated: October 31, 2016

## PRAYER

**52.** Plaintiff prays judgment against each defendant individually as set forth herein.

**53.** Plaintiff prays judgment against each defendant individually for all damages set forth in monetary damage claim.

**54.** Plaintiff prays further relief against each defendant individually as the Court considers proper.

Dated: October 31, 2016

Teodor Marian,

Plaintiff in Pro Per.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _November 7, 2016_

Sign: _Teodor Marian_

Print Name: TEODOR MARIAN

# Request for Tenancy Approval
## Housing Choice Voucher Program

**U.S. Department of Housing
and Urban Development**
Office of Public and Indian Housing

OMB Approval No. 2577-0169
(exp. 07/31/2007)

Public reporting burden for this collection of information is estimated to average .08 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number.

Eligible families submit this information to the Public Housing Authority (PHA) when applying for housing assistance under Section 8 of the U.S. Housing Act of l937 (42 U.S.C. 1437f). The PHA uses the information to determine if the family is eligible, if the unit is eligible, and if the lease complies with program and statutory requirements. Responses are required to obtain a benefit from the Federal Government. The information requested does not lend itself to confidentiality.

1. Name of Public Housing Agency (PHA)
Housing Authority of the City of San Buenaventura

2. Address of Unit (street address, apartment number, city, State & zip code)

3. Requested Beginning Date of Lease | 4. Number of Bedrooms | 5. Year Constructed | 6. Proposed Rent | 7. Security Deposit Amt. | 8. Date Unit Available for Inspection

9. Type of House/Apartment
☐ Single Family Detached  ☐ Semi-Detached / Row House  ☐ Manufactured Home  ☐ Garden / Walkup  ☐ Elevator / High-Rise

10. If this unit is subsidized, indicate type of subsidy:
☐ Section 202   ☐ Section 221(d)(3)(BMIR)   ☐ Section 236 (insured or noninsured)   ☐ Section 515 Rural Development
☐ Home   ☐ Tax Credit
☐ Other (Describe Other Subsidy, including Any State or Local Subsidy) _____

11. Utilities and Appliances
The owner shall provide or pay for the utilities and appliances indicated below by an "O". The tenant shall provide or pay for the utilities and appliances indicated below by a "T". Unless otherwise specified below, the owner shall pay for all utilities and appliances provided by the owner.

| Item | Specify fuel type | | | | | Provided by | Paid by |
|---|---|---|---|---|---|---|---|
| Heating | ☒ Natural gas | ☐ Bottle gas | ☐ Oil | ☐ Electric | ☐ Coal or Other | O | |
| Cooking | ☐ Natural gas | ☐ Bottle gas | ☐ Oil | ☒ Electric | ☐ Coal or Other | | T |
| Water Heating | ☒ Natural gas | ☐ Bottle gas | ☐ Oil | ☐ Electric | ☐ Coal or Other | O | |
| Other Electric | | | | | | | T |
| Water | | | | | | O | |
| Sewer | | | | | | O | |
| Trash Collection | | | | | | O | |
| Air Conditioning | | | | | | | T |
| Refrigerator | | | | | | O | |
| Range/Microwave | | | | | | | |
| Other (specify) | | | | | | | |

*Exhibit*   *E1-64*

Previous editions are obsolete | Page 1 of 2 | form **HUD-52517**  (06/2003)
ref. Handbook 7420.8

12.   Owner's Certifications.
a.   The program regulation requires the PHA to certify that the rent charged to the housing choice voucher tenant is not more than the rent charged for other unassisted comparable units. **Owners of projects with more than 4 units must complete the following section for most recently leased comparable unassisted units within the premises.**

| Address and unit number | Date Rented | Rental Amount |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

b.   The owner (including a principal or other interested party) is not the parent, child, grandparent, grandchild, sister or brother of any member of the family, unless the PHA has determined (and has notified the owner and the family of such determination) that approving leasing of the unit, notwithstanding such relationship, would provide reasonable accommodation for a family member who is a person with disabilities.

c.   Check one of the following:

_____  Lead-based paint disclosure requirements do not apply because this property was built on or after January 1, 1978.

_____  The unit, common areas servicing the unit, and exterior painted surfaces associated with such unit or common areas have been found to be lead-based paint free by a lead-based paint inspector certified under the Federal certification program or under a federally accredited State certification program.

_____  A completed statement is attached containing disclosure of known information on lead-based paint and/or lead-based paint hazards in the unit, common areas or exterior painted surfaces, including a statement that the owner has provided the lead hazard information pamphlet to the family.

13.   The PHA has not screened the family's behavior or suitability for tenancy. Such screening is the owner's own responsibility.

14.   The owner's lease must include word-for-word all provisions of the HUD tenancy addendum.

15.   The PHA will arrange for inspection of the unit and will notify the owner and family as to whether or not the unit will be approved.

| Print or Type Name of Owner/Owner Representative | Print or Type Name of Household Head |
|---|---|
| Dickens CHANG MING-SHU CHANG W. | Teodar Marian |
| **Signature** | **Signature (Household Head)** |
| **Business Address** 978 E. Main St. Ventura, 93001 | **Present Address of Family** (street address, apartment no., city, state, & zip code) |
| **Telephone Number** (805) 643-8888 | **Date (mm/dd/yyyy)** 3-18-09 | **Telephone Number** 661-317-8937 | **Date (mm/dd/yyyy)** 2/4/09 |

**8.   Utilities and Appliances**

The owner shall provide or pay for the utilities and appliances indicated below by an "O". The tenant shall provide or pay for the utilities or appliances indicated below by a "T". Unless otherwise specified below, the owner shall pay for all utilities and appliances provided by the owner.

| Item | Provided By | |
| --- | --- | --- |
| | Owner | Tenant |
| Refrigerator | | T |

**Signatures**

**Public Housing Agency:  H A City of San Buenaventura**

**Owner: DICKENS CHANG**

_____
Signature

_____
Print or Type Name and Title of Signatory

_____
Date (mm/dd/yyyy)

Signature   _Dickens Chang_

_Nien Shu W Chang_
Print or Type Name and Title of Signatory

_4/9/09_
Date (mm/dd/yyyy)

**Mail Payments to:**

**DICKENS CHANG**
Name

978 E MAIN ST
VENTURA, CA 93001-

Address (Street, City, State, Zip)

3



# HOUSING AUTHORITY
## of the
# CITY OF SAN BUENAVENTURA

11122 Snapdragon Street Suite 100 Ventura, CA 93004
647-5990 Fax (805) 647-4691

Date:   Feb. 11, 2009

To:     Teodar Marian
        4360 E Main St PMB 119
        Ventura, CA 93003

From:   Terri Hernandez-Housing Specialist

Congratulations! You have been determined eligible to receive benefits under the Sec. 8 Housing Choice Voucher Program. A mandatory orientation meeting has been scheduled for you in our office located at: 11122 Snapdragon Street Suite 100 Ventura, CA 93004 on:

### <u>Wednesday, March 4, 2009  @ 9:00 a.m.</u>

This is a mandatory informational meeting. We will be providing you with the information you will need to successfully utilize this Section 8 Housing Choice Voucher. FAILURE TO ATTEND THIS BRIEFING WILL RESULT IN THE WITHDRAWAL OF YOUR NAME FROM OUT WAITING LIST.

Meeting rules are as follows:
-   -All adult members of household (18 years or older) must attend.
-   -NO children will be admitted. Please make arrangements for child care.
-   -Late comers will not be admitted after the meeting has begun.
-   -Please note that the meeting will take approximately 2 hours.
-   -Please make arrangements to be available for the entire meeting.

**Persons with disabilities requiring special accommodations should contact our office prior to this scheduled meeting.

*** If your income has changed since you completed our update application please bring copies of the change along with you to the briefing

*4*

HOUSING AUTHORITY
OF THE
CITY OF SAN BUENAVENTURA
11122 Snapdragon Street Suite 100 Ventura, CA 93004
(805)647-5990 Fax (805)647-4691

Jan. 25, 2016

Dickens Chang
978 E. Main St.
Ventura, CA 93001

Re: Utility/Appliance Responsibility-
      Teodar Marian
      968 E. Main St.
      Ventura, CA 93001

From: Terri Hernandez-Housing Specialist (805) 647-5990 ext. 3228

A review of our records indicates there has been a change in Utility/Appliance responsibilities in the above referenced unit since our initial contract was signed.

<u>CORRECT information is as follows:</u>

| <u>Item</u> | <u>Fuel Type</u> | | | <u>Paid By</u> | |
|---|---|---|---|---|---|
| Heating | X Gas | __ Electric | | __ Owner | X Tenant |
| Cooking | __ Gas | X Electric | | __ Owner | X Tenant |
| Water Heating | X Gas | __ Electric | | X Owner | __ Tenant |
| Other Electric | | | | __ Owner | X Tenant |
| Water | | | | X Owner | __ Tenant |
| Trash | | | | X Owner | __ Tenant |

|  | <u>Provided By</u> | |
|---|---|---|
| Refrigerator | X Owner | __ Tenant |
| Stove | X Owner | __ Tenant |

Your signature below will certify the accuracy of the Utility/Appliance responsibilities listed above. Please sign and return in the enclosed envelope no later than <u>**Feb. 2, 2016.**</u>

_____
Owner Signature

_____
Printed Name          ALEX CHANG

_____
Contact Telephone Number   626)905-8998

_____
Date          2/2/16



5



# SoCalGas

A Sempra Energy utility

**ADVANCEDmeter**
**YOU COULD SAVE MONEY**

October 14, 2016

Current Resident
968 E Main St.
Ventura, CA  93001-5038

1/0024178

**VISIT "WAYS TO SAVE" AT**
**MYACCOUNT.SOCALGAS.COM TODAY.**

Dear Current Resident,

Congratulations! The Advanced Meter communications device recently installed is fully operational and you now have access to a variety of tools to help you save energy and money.

## NEW WAYS TO SAVE TOOLS

Our online savings tools let you:

- View your daily and hourly natural gas usage and costs.
- Set savings goals and obtain tips on how to achieve them.
- Analyze how weather and other factors affect your monthly natural gas bill.

New Ways to Save Tools

## BILL TRACKER ALERTS

With Bill Tracker Alerts you can:

- Monitor your natural gas costs throughout the billing cycle.
- Take steps to lower your usage and avoid surprises in your bill.
- Receive no-cost weekly alert notifications via email and/or text message.

SoCalGas Bill Tracker Update. Bill-to-Date: $16.39. Projected Next Bill: $22.49. Last Year Same Month Bill: $62.76. Days left in bill cycle: 8. socalgas.com

Bill Tracker Text Message Alert

## SIGN UP NOW AND START SAVING TODAY!

These tools are available via **MyAccount.SoCalGas.com**. Log in or register today:

- Visit the **"Ways to Save"** section for online savings tools.
- Visit **"Manage My Account: Manage Alerts"** to sign up for weekly Bill Tracker Alerts.

By giving you more insight into your natural gas usage, we're giving you more power to save.

Now that the Advanced Meter communications device is fully operational, we will only need access to the meter for periodic maintenance.

Sincerely,

Jeffery Walker
Director, Advanced Meter Project

6

© 2016 Southern California Gas Company.  All copyright and trademark rights reserved.  Images are for illustrative purposes only.        Printed on recycled paper. NI6C0047B  0516  500K

**18.** Have you ever received Section 8 or Public Housing Assistance (*for new applicants and portables only*)? ☐Yes ☐No   If yes, Where? _____ Did you leave owing money? ☐Yes ☐ No

**19.** Do you pay any utilities? ☒ Yes { } No   If yes,

| | | | |
|---|---|---|---|
| Heating | ☒ Yes { } No | If yes, is it { } Gas ☒ Electric | *Request for* |
| Cooking | ☒ Yes { } No | If yes, is it { } Gas ☒ Electric | *"back-pay"* |
| Water Heating | { } Yes ☒ No | If yes, is it { } Gas { } Electric | *Electric costs* |
| Other Electric | ☒ Yes { } No | | *since 3/09 when* |
| Water | { } Yes ☒ No | | *See P. stories* |
| Sewer | { } Yes ☒ No | | |
| Trash Collection | { } Yes ☒ No | | |

*The owner's attorneys that tenant did not own Electric Heating or use 220 See B (above P.'s Change about will be called to address this matter.)*

**20.** Is the water heater shared? { } Yes   { } No   Where is it located? _____

**21.** Who owns appliances in your unit?

| | | |
|---|---|---|
| Refrigerator | _____Tenant | _____Owner |
| *Stove/Range* | _____Tenant | _____Owner |
| Microwave | _____Tenant | _____Owner |

**EMERGENCY CONTACT:**

| Name | Address | Phone Number | Relationship |
|---|---|---|---|
| Peter | 968 E. Main St. I Tac CA Fion | (809)643-8689 | Landlord |

### DECLARATION

I DO HEREBY DECLARE, UNDER THE PENALTY OF PERJURY, AS DEFINED BY CALIFORNIA PENAL CODE SECTION 118, UNDER THE LAWS OF THE UNITED STATES AND THE STATE OF CALIFORNIA THAT THE FACTS CONTAINED IN THIS REPORT ARE TRUE AND CORRECT.

I UNDERSTAND THAT ALL CHANGES IN INCOME OF ANY MEMBER OF MY HOUSEHOLD MUST BE REPORTED IN WRITING TO THE HOUSING AUTHORITY WITHIN 10 DAYS OF OCCURRENCE. ALSO, THE HOUSING AUTHORITY MUST APPROVE ANY ADDITIONAL HOUSEHOLD MEMBERS. THE HEAD OF HOUSEHOLD MUST REQUEST, IN WRITING, TO ADD OR REMOVE A MEMBER. FAILURE TO COMPLY WITH THE RULES AND REGULATIONS MAY RESULT IN PROGRAM TERMINATION AND/OR CRIMINAL PROSECUTION.

I UNDERSTAND THAT I MAY ASK THE HOUSING AUTHORITY QUESTIONS ABOUT THIS FORM PRIOR TO MY SIGNATURE.  MY SIGNATURE INDICATES I FULLY READ AND UNDERSTOOD EVERY QUESTION ON THE FORM.

TITLE 18, SECTION 1001 OF THE UNITED STATES CODE, STATES THAT A PERSON IS GUILTY OF A FELONY FOR KNOWINGLY AND WILLINGLY MAKING FALSE OR FRAUDULENT STATEMENTS TO ANY DEPARTMENT OR AGENCY OF THE UNITED STATES. MAKING FALSE STATEMENTS IS A FELONY UNDER CALIFORNIA STATE LAW AND MAY RESULT IN CRIMINAL CHARGES INCLUDING PERJURY, GRAND THEFT, FILING FALSE DOCUMENTS WITH A PUBLIC OFFICE AND OBTAINING MONEY UNDER FALSE PRETENSES.  THESE VIOLATIONS COULD RESULT IN PRISON AND/OR FINES.

*TENANT MARION*                    *P. 343*                    *11/8/16*                    7

# HOUSING AUTHORITY
## of the
## CITY OF SAN BUENAVENTURA

Denise Wise, Chief Executive Officer

BOARD OF COMMISSIONERS

John Polanskey, Chair
Jim White, Vice Chair
William Cornell, Commissioner
Francisco Sanchez, Commissioner
Selfa Saucedo, Commissioner
Bill Watkins, Commissioner
Jenny York, Commissioner

### Section 8 Housing Voucher Program – Notice of change to Lease and Contract

2/2/2016
Tenant Code: p0h5h36b

TEODOR MARIAN
968 E MAIN ST
VENTURA, CA 93001

The reason for this change is due to: *+ utility allowance clarification*

[X] **REEXAMINATION**
   Annual Review of family income and/or composition.

[ ] **INTERIM ADJUSTMENT**
   Interim change in family income and/or composition.

[ ] **RENT ADJUSTMENT**
   The owner/agent request for a rent adjustment.

[ ] **CHANGE IN FAMILY COMPOSITION**

| Adjustment in Payment | From | To |
|---|---|---|
| HAP Payment | $ 550 | $ 571 |
| Tenant Rent | $ 250 | $ 229 |
| Total Rent to Owner | $ 800 | $ 800 |
| URP | $ 0 | $ 0 |

### Effective Date

This change to the Housing Voucher Contract and/or Lease Agreement will be effective from 04/01/2016.  The next reexamination is due on 04/01/2017.

This change is presented to you in accordance with the terms and conditions of the Housing Voucher Contract and/or Lease Agreement and shall be attached to and made a part of your Housing Voucher Contract and/or Lease Agreement.  All other covenants, terms and conditions of the original Housing Voucher Contract and/or Lease Agreement remain the same.

To the Tenant Only
If you disagree with this decision, you may request an informal hearing.  If a hearing is desired, you must submit a written request to this office within 14 days of this notice or your right to a hearing will be waived.

Terri Hernandez
Housing Specialist

**Housing Authority City of San Buenaventura**

Housing Choice Voucher Program
995 Riverside Street
Ventura, CA 93001
(805)648-5008

490

Montecito Bank & Trust
4730 Telephone Road
Ventura, CA 93003

90-3478/1222

**** ONE HUNDRED TWENTY AND 00/100 DOLLARS

TO THE
ORDER OF

Teodar Marian
968 E. Main St.
Ventura, CA  93001

04/27/2016

VOID AFTER 90 DAYS

$120.00******

⑆000490⑆ ⑈122234783⑈ ⑇980055517⑇

DATE:04/27/2016  CK#:490  TOTAL:$120.00******  BANK:HCV Admin Operating(hcvadops)
PAYEE:Teodar Marian(v0001055)

| Property | Account | Invoice - Date | Description | Amount |
|----------|---------|----------------|-------------|--------|
| HCV Admin | HAP Projec | 04/19/16 - 04/19/2016 | Retro utility allowance reimbursemen | 120.00 |
| | | | | 120.00 |

Teodor Marian

968 E. Main St.

Ventura, CA 93001

RECEIVED HAND DELIVERED

APR 2 5 2016

VENTURA HOUSING AUTHORITY

To: Housing Authority of City of San Buenaventura

      11122Snapdragon St. Suite 100

      Ventura, CA 93004

          Attn.: Terri Hernandez

**Re: Complaint for Damages Due to Failure to Set an 'Informal Hearing' Within 30 Days Since 2/20/16 Request, and Failure to Comply With Federal Law and Practice Between 2009-2016 in Providing Services for Tenant at 968 E. Main St. Ventura.**

Teodor Marian is a Tenant (hereinafter 'Tenant') at the address set above since 3/18/09 under the 'Section 8'signed contract by Housing Authority of City of San Buenaventura and HUD.

The due 'informal hearing' is sought pursuant to '51 Fed. Reg. 26528' (1986) due to adverse actions by 'Sec. 8' between 2009-1016 which in instant case are 'repeated harassing and reckless adverse actions' in providing all services denying any administrative review and remedy sought.

Actual Tenant/complainant under '49 Fed. Reg. 31403 (1984) has the right to bring an action in a federal court in order to have a judicial review and judicial remedy under 28 USC Sec 1331 for 'willful, systematic and reckless adverse actions harassing Tenant. Mainly, the adverse actions described above are related to annual inspections, annual reexamination of rent, annual due allowances to due expenses for utility, medical and other for which 'Sec. 8' declines and refuses to set an 'informal hearing' for administrative review and remedy. The Ventura Sec.8 use false statements related to contract on which relies in its services thereon, support reckless and harassing practice by 'protected individuals skin colored' in effecting inspection on unreasonable grounds/issues, by adverse actions use improper and prejudicial practice in reexamination of annual Tenant's rent, and use adverse actions in affording due allowances for utility and medical.

*10*

The 'damage claim' sought by Tenant within this complaint based on foregoing is individually sought as follows:

-$75,000 against *Julian Castro* Secretary of HUD due to failure to delegate proper power and authority for Ventura Sec.8. $15,000 compensatory damages and $5,000 exemplary damages;

-$75,000 against *Nan McKay* due to reckless and harassing inspections.$20,000 compensatory damages and $10,000 exemplary damages;

-$45,000 for *Nori De La O* due to failure to proper and fair to coordinate the inspections by proper persons, $5,000 compensatory damages and $3,000 exemplary damages;

-$20,000 for *Terri Hernandez* due to improper and harassing assessment of facts and grounds in reexamination of annual rent.$5,000 compensatory damages, $3,000 exemplary damages;

-$15,000 for *Denise Wise* due to failure to provide and coordinate fair services under Sec. 8, $5,000 compensatory damages and $3,000 exemplary damages.

Tenant considers to be entitled to the above 'monetary damage claim relief' due to Ventura Sec. 8 failure to coordinate and provide fair services and an 'informal hearing'. The services provided were not fair and impartial, rather, were adverse actions, reckless and harassing Tenant between 2009-2016 despite Tenant's repeated claims to have fair and impartial services provided by Ventura Sec.8. Whenever Tenant was denied an administrative hearing and review of the improper services provided that are in conflict with actual federal law and practice. Tenant respectfully requests that Ventura Sec.8 answer this complaint within a reasonable time and matters at issue set forth herein.

Thanking in advance for your cooperation.

Dated: April 25, 2016.

Respectfully submitted.

*Teodor Marian*

Teodor Marian.

Tenant at 968 E. Main St. Ventura
Under Section 8 Housing Grant.

RECEIVED HAND DELIVERED
APR 25 2016
VENTURA HOUSING AUTHORITY

10

February 20, 2016

From: Teodor Marian

968 E. Main St.

Ventura, CA 93001

To: Housing Authority

City of San Buenaventura

11122 Snapdragon St. Suite 100

Ventura, CA 93004

Attn.: Terri Hernandez

Re: The Papers Signed 2/10/16 Regarding Payment

Reexamination Requesting an 'Informal Hearing'.

Tenant Teodor Marian at the address set forth above respectfully requests an 'Informal Hearing' within 30 days. The hearing is necessary for a reexamination for all services provided since 3/18/09 when tenant has the Section 8 approved. At the hearing, for the services provided is requested written 'detailed record and statements' of *who*, when and how the services were performed each time until 2/20/16.

Thanks for your cooperation.

Respectfully submitted,

Teodor Marian,

9a

# Housing Authority
## of the
## City of San Buenaventura
11122 Snapdragon Street Ste 100 Ventura, CA 93004
(805)647-5990  FAX (805)647-4691

April 26, 2016

Teodor Marian
968 E. Main St.
Ventura, CA 93001

Re: Tenancy Review

Dear Mr. Marian:

Please be advised that the tenancy review you have requested to discuss current issues as they relate to your housing subsidy has been scheduled as follows:

Date:   **Monday, May 9, 2016**

Time:   **2:00 p.m.**

Place:  **Housing Authority of the City of San Buenaventura**
**11122 Snapdragon Street, Ste. 100**
**Ventura, CA 93004**

You can reach me at (805) 647-5990 ext. 3228 if you have any additional questions.

Sincerely,

Terri Hernandez
Housing Specialist

** Persons with disabilities requiring special accommodations should contact our office prior to this scheduled meeting.

9b

BOARD OF COMMISSIONERS

John Polansky, Chair
James White, Vice Chair
William Cornell
Barbara Keller
Selfa Saucedo
Andy Pattison
Wanda Sumner

# Housing Authority
## of the
## City of San Buenaventura
Denise Wise Chief Executive Officer

May 11, 2016

Teodor Marian
968 E. Main Street
Ventura, CA 93001

RE: Complaint for Damages, April 25, 2016

Dear Mr. Marian:

Notice is hereby given that the claim you presented in the above identified document to the Housing Authority of the City of San Buenaventura Board of Commissioners on April 25, 2016, was rejected on May 11, 2016.

### **WARNING**

*Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6.*
*You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.*

With regard to claims for actions that occurred more than 6 months ago, we provide the following: The claim you presented to the Housing Authority Board of Commissioners on April 25, 2016, is being returned because it was not presented within six months after the event or occurrence as required by law. [See Government Code Sections 901 and 911.2.] Because your claim on those items was not presented within the time allowed by law, no action was taken on those claims. Your only recourse at this time is to apply without delay to the Authority for leave to present a late claim. [See Sections 911.4 to 912.2, inclusive, and Section 946.6 of the Government Code.] Under some circumstances, leave to present a late claim will be granted. [See Section 911.6 of the Government Code.] You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Sincerely,

Denise Wise
Chief Executive Officer

995 RIVERSIDE STREET, VENTURA, CALIFORNIA 93001   PH. (805) 648-5008   FAX (805) 643-7984   *10*

All Content

All Federal                    Advanced

**§ 17.11 Final denial of claim.**
Code of Federal Regulations    Title 24. Housing and Urban Development    *(Approx. 3 pages)*

Document | Notes of Decisions (11) | History (1) | Citing References (12) | Context & Analysis (10)

§                    Table of Contents

Code of Federal Regulations
   Title 24. Housing and Urban Development
      Subtitle A. Office of the Secretary, Department of Housing and Urban Development
         Part 17. Administrative Claims (Refs & Annos)
            Subpart A. Claims Against Government Under Federal Tort Claims Act (Refs & Annos)
               Procedures

24 C.F.R. § 17.11

§ 17.11 Final denial of claim.

Currentness

Final denial of an administrative claim shall be in writing, and notification of denial shall be sent to the claimant, his attorney, or legal representative by certified or registered mail. The notification of final denial may include a statement of the reasons for the denial and shall include a statement that, if the claimant is dissatisfied with the Department action, he may file suit in an appropriate U.S. District Court not later than 6 months after the date of mailing of the notification.

SOURCE: 36 FR 24427, Dec. 22, 1971; 51 FR 39749, Oct. 31, 1986; 59 FR 34579, July 6, 1994; 59 FR 59647, Nov. 18, 1994; 61 FR 5204, Feb. 9, 1996, unless otherwise noted.

AUTHORITY: 28 U.S.C. 2672; 31 U.S.C. 3711, 3716–18, 3721, and 5 U.S.C. 5514; 42 U.S.C. 3535(d).; 5 U.S.C. 5514; 28 U.S.C. 2672; 31 U.S.C. 3711, 3716–3718, 3721; 42 U.S.C. 3535(d).

**Notes of Decisions (11)**

Current through August 18, 2016; 81 FR 55349.

---

**End of Document**                    © 2016 Thomson Reuters. No claim to original U.S. Government Works.

*10a*



**Housing Authority of the City of San Buenaventura**
11122 Snapdragon Street, Suite 100, Ventura, CA 93004
(805) 647-5990 · fax (805) 647-4691
**CERTIFICATION FOR SECTION 8**
**HOUSING CHOICE VOUCHER PROGRAM**
**SELF-DECLARATION**

Name: _TEODOR MARIAN_____ AKA: _____

Address: _4360 E. MAIN ST. PMB 119; 968 E. MAIN ST. 93001_

City: _VENTURA_____ State: _CA___ Zip Code: _93003_

Home Telephone #: _____ Cell #: _661-317-8937_ Work #: _____

**HOUSEHOLD MEMBERS** (Include Head of Household)  E-mail address: _____

| Member Name (First, Last) | Age | Primary Language Spoken | Birth Date | Earns Income Yes or No | Social Security # | Sex |
|---|---|---|---|---|---|---|
| TEODOR MARIAN | | | 2-19-42 | SSA+SSI $872.35 | 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 | M |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**HOUSEHOLD INCOME** (Include Minors)

| Member Name | Monthly Wages | Monthly Social Security (SSI, SSA or SSD) | Monthly Child Support | Monthly Pension Amount | Monthly Cal Works Benefit | Other Monthly Income (Specify) |
|---|---|---|---|---|---|---|
| TEODOR MARIAN | $907.00 | SSA=$572.0 SSI=$335.0 | — | — | — | — |
| | | | | | | |
| | | | | | | |

**BANK ACCOUNT / ASSET INFORMATION:** Do you or any family member have any bank accounts or asset accounts? ☐ Yes ☒ No  *If yes, please complete the information below:*

List the assets for ALL household members. This includes checking or savings accounts, money market funds, IRA accounts, certificates of deposit (CD's), other income-producing asset.

| Household Member | Type of Asset | Name of Bank, Institution or Brokerage | Account Number(s) or other description | Current Balance or value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |

Received By Hand Delivery
Time Received:
11AM
Ventura Housing
Housing Authority

1. Has any household member received any additional income in the last 12 months other than the income listed above? ☐ Yes ☒ No  If yes, list household member, source of income and dates received: _____

2. Have you ever owned any real estate or been named on any Deed of Trust, Grant Deed, Quit Claim Deed or any other real estate deed? ☐ Yes ☒ No  If yes, please describe: _____

11

3. Did any household member file a Federal and/or State income tax return for the most recent years?
☒ Yes ☐ No If yes, who? _____

4. Does anyone outside your household pay your expenses or give you money? ☐ Yes ☒ No
f yes, please describe: _____

5. Does any household member participate in any vocational, work training or work study program?
☐ Yes ☒ No If yes, please describe: _____

6. Do you pay childcare expenses? ☐Yes ☒No If yes, verification form required
Are any of the childcare costs reimbursed to you ☐Yes ☒No If yes, by whom? _____
Does the childcare cost enable someone to attend school? ☐Yes ☒No If yes, Who?_____

7. Are you or any member of your household a person with a disability? ☒Yes ☐ No
f you are 62 years or older or a person with a disability, do you anticipate out-of-pocket medical expenses for any
amily member (Dr. visits, prescription, etc.) for this year? ☒ Yes ☐ No **You must provide written
verification of expenses to be eligible for any deduction.**

8. Has any household member ever been arrested? ☐ Yes ☒ No If yes, When? _____
Who? _____ Offense(s)? _____

9. Is any household member subject to a lifetime registration requirement under a state sex offender registration
program? ☐ Yes ☒ No If yes, who? _____

10. Do you have a vehicle? ☒ Yes ☐ No Year: _1985_ Make/Model: _BUICK REGAL SMT._
License Plate #: _1 NEF 959_ To whom is it registered? _TEODOR MARIAN_
Address of record on registration: _4360 E. MAIN ST. PMB 119, VENTURA, CA 93003_

11. Are you or any household member currently enlisted in any branch of the armed services? ☐ Yes ☒No

12. Have you ever received Section 8 or Public Housing Assistance (**for new applicants and portables only**)?
☐Yes ☒No If yes, Where? _____ Did you leave owing money? ☐Yes ☐ No

**EMERGENCY CONTACT:**

| Name | Address | Phone Number | Relationship |
|------|---------|--------------|--------------|
| SHELLEY WILMETH | 43 E. VINCE VENTURA | (805)648-8082 | FRIEND |

**STUDENT STATUS:**

| YES | NO | |
|-----|----|----|
| ☐ | ☒ | Does the household consist of persons who are full-time students (Example: College/University, trade school, etc.) |
| ☐ | ☒ | Does your household anticipate becoming a full-time student household in the next 12 months? |

*If you answered yes to either of the previous two questions are you:*

| YES | NO | |
|-----|----|----|
| ☐ | ☒ | • Receiving assistance under Title IV of the Social Security Act (AFDC/TANF) |
| ☐ | ☒ | • Enrolled in a job training program receiving assistance through the Job Training Participation Act (JTPA) or other similar program |
| ☐ | ☒ | • Married and filing a joint return |
| ☐ | ☒ | • Single parent with dependant child or children and neither you nor your child(ren) are dependent of another individual |

**I hereby certify that all of the foregoing is true and complete. I understand that providing false information is a
federal offense and grounds to deny eligibility and/or assistance. I understand that perjury is a felony punishable
by fine and/or prison. I authorize the Housing Authority to make all necessary inquiries for the purpose of verifying
this information.**

_TEODOR MARIAN_     _Teodor Marian_ (signature)          _1/14/09_
Head of Household                                          Date

_____          _____
Spouse/Other adult (18 yrs. or older)                      Date

_____          _____
adult (18 yrs. or older)                                   Date

Received By Hand Delivery
Time Received

JAN

Ventura Housing Authority

| Office Use Only | |
|---|---|
| [ ] initial | [ ] annual |
| Case Worker | _12_ |

06/2007



# Housing Authority
## of the
# City of San Buenaventura
### Edward L. Moses, Chief Executive Officer

BOARD OF COMMISSIONERS

Kay Doyle, Chair
John Polanskey, Vice Chair
Jill Bangset Fioravanti
Sanjuana Gonzalez
Joseph Kreutz
Phyllis D. Kozel
Bill Watkins

## SECTION 8 HOUSING VOUCHER PROGRAM
## NOTICE OF CHANGE TO LEASE AND CONTRACT

Date: 4/6/2009

TEODAR MARIAN                          Owner: DICKENS CHANG
968 E MAIN ST
VENTURA, CA  93001

**The reason for this change is due to:**

☒ **INITIAL**
Initial Housing Assistance Payment contract.

☐ **REEXAMINATION**
Annual Review of family income and/or composition.

☐ **INTERIM ADJUSTMENT**
Interim change in family income and/or composition.

☐ **RENT ADJUSTMENT**
The owner/agent request for a rent adjustment.

☐ **CHANGE IN FAMILY COMPOSITION**
Name _____ Adult _____ Minor _____

| Adjustment in Payment | TO |
|---|---|
| HAP Payment | $ 551 |
| Tenant Rent | $ 249 |
| Total Rent to Owner | $ 800 |

**Effective Date**

This change to the Housing Voucher Contract and Lease Agreement will be effective 04/02/2009.  The next reexamination is due on 04/01/2010.

This change is presented to you in accordance with the terms and conditions of the Housing Voucher Contract and/or Lease Agreement and shall be attached to and made a part of your Housing Voucher Contract and/or Lease Agreement.  All other covenants, terms and conditions of the original Housing Voucher Contract and/or Lease Agreement remain the same.

To the Tenant Only
If you disagree with this decision, you may request an informal hearing.  If a hearing is desired, you must submit a written request to this office within 10 days of this notice or your right to a hearing will be waived.

11122 SNAPDRAGON STREET, SUITE 100 VENTURA, CALIFORNIA 93004 (805)647-5990 FAX (805) 647-4691

*13*

**Calculation Summary**
**TEODAR MARIAN (p0h5h36b)**
**4/6/2009**

| | |
|---|---|
| Program: **Section 8 Voucher** | Project Number: |
| Date Modified: **04/06/2009** | Caseworker: **Martina Villa** |
| Tenant Phone: **(805) 201-5414** | |
| Unit Address: **968 E MAIN ST** **VENTURA, CA 93001** | Mailing Address: **968 E MAIN ST** **VENTURA, CA 93001** |

## Calculations Based On:

| | | | |
|---|---|---|---|
| Action Type: | **1** | Admit Date: | **04/02/2009** |
| Effective Date: | **04/02/2009** | Date Waitlisted: | **05/09/2005** |
| Next Re-exam due: | **04/01/2010** | Zip Code at Admission: | **930038279** |
| Status: | **Current** | Move-In Date: | **04/02/2009** |

### Family Members:

| # | Last Name | First Name | Birth date | Age | Sex | Relation | Citizen | Disabled | Race | Ethnicity | SS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **MARIAN** | **TEODAR** | **02/19/1942** | **67** | **M** | **H** | **EC** | **Y** | **1** | **1** | **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** |

### Assets:

| Family Member | Type of asset | Description | Cash value of asset | Anticipated Income |
|---|---|---|---|---|
| | | Totals: | | |

| | | | | |
|---|---|---|---|---|
| Passbook Rate: | **0.02** | | Imputed Income: | $ 0 |
| | | | Final Asset Income: | $ 0 |

### Income:

| Family Member | Income code | Description | | | Dollars per year | Income Excluded | Income after Exclusion | Deduction Type | Dollars per Year |
|---|---|---|---|---|---|---|---|---|---|
| **TEODAR MARIAN** | **SS** | **$552** | * 12 | =$ | **6,624** | $ 0 | $ **6,624** | $ | 0 |
| **TEODAR MARIAN** | **S** | **$355** | * 12 | =$ | **4,260** | $ 0 | $ **4,260** | $ | 0 |
| | | | | Total Annual Income: $ | **10,884** | | Total Deduction: $ | | 0 |

### Allowances:

| | | | |
|---|---|---|---|
| Medical/disability Threshold: | | $ 327 | |
| Allowable disability assistance expense: | $ 0 | | |
| Total out of pocket medical expenses: | $ 74 | | |
| Total disability/ medical expenses: | $ 74 | | |
| Medical/disability assistance allowance: | | $ 0 | |
| Elderly/disability allowance: | | $ 400 | |
| Number of dependents: | 0 | | |
| Allowance per dependent: | x $ 480 | | |
| Dependent allowance: | | $ 0 | |
| Yearly child care cost: | | $ 0 | |
| Total Permissible Deductions: | | $ 0 | |
| **Total Allowances:** | | **$ 400** | |

### TTP Calculation:

| | | | |
|---|---|---|---|
| Total Annual Income: | $ | 10,884 | |
| Allowances: | $ | 400 | |
| Adjusted annual income: | $ | 10,484 | |
| Total Monthly Income: | $ | 907 | |
| 10% of Total Monthly Income: | $ | 91 | * |
| Adjusted Monthly Income: | $ | 874 | |
| % of Adjusted Monthly Income: | | 30 | |
| 30% of Adjusted Monthly Income: | $ | 262 | * |
| Welfare Rent: | $ | 0 | * |
| Minimum TTP: | $ | 50 | * |
| **TTP:** | $ | 262 | * Highest value |

*14*

**Calculation Summary for TEODAR ˌ ˑRIAN**

**Voucher Calculation:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Bedrooms on Voucher: | | | 1 | Lower of Pmt Standard & Gross Rent: | $ | 813 |
| Payment Standard: | | $ | 1,069 | TTP: – $ | | 262 |
| Contract Rent to Owner: | $ 800 | | | Total HAP: | $ | 551 |
| Utility Allowance: | $ 13 | | | | | |
| Gross Rent: | | $ | 813 | Contract Rent to Owner: | $ 800 | |
| Lower of Pmt Standard & Gross Rent: | | $ | 813 | HAP to Owner: – $ | 551 | |
| 40% of AMI: | | $ | 350 | Tenant Rent: | $ | 249 |
| | | | | Utility Reimbursement: | $ | 0 |

**Agency Certification:**

I do hereby certify I have reviewed all documentation for annual re-certification.

Agency Representative: _____ Terri Hernandez _____     Date: 4/6/09
Housing Specialist

**Tenant Certification:**

I/We certify that the information given to this agency on household composition, income, net family assets, and allowances and deductions is accurate and complete to the best of my/our knowledge and belief. I/We understand that false statements or information are punishable under federal law. I/We also understand that false statements or information are grounds for termination of housing assistance and termination of tenancy.

Head of Household: _____     Date: _____

Spouse/Co-Head: _____     Date: _____

**Note to Tenant:** If you disagree with the determination of rent calculation you have the right to request an informal hearing within 10 days of your signature of this form.

### PLEASE SIGN THIS FORM AND RETURN WITHIN 10 DAYS

Sign and Return

15



# Housing Authority
## of the
## City of San Buenaventura
### Edward L. Moses, Chief Executive Officer

BOARD OF COMMISSIONERS

Ray Doyle, Chair
John Polanskey, Vice Chair
Jill Bangser Florsheim
San Juana Gonzalez
Joseph Krebs
Phyllis D. Andre
B. Hawthorne

## SECTION 8 HOUSING VOUCHER PROGRAM
## NOTICE OF CHANGE TO LEASE AND CONTRACT

Date: 4 23 2009



TEODAR MARIAN                          Owner: DICKENS CHANG
968 E MAIN ST
VENTURA, CA 93001

### The reason for this change is due to:

[ ] **INITIAL**
    Initial Housing Assistance Payment contract.

[ ] **REEXAMINATION**
    Annual Review of family income and/or composition.

[X] **INTERIM ADJUSTMENT**
    Interim change in family income and/or composition.

[ ] **RENT ADJUSTMENT**
    The owner/agent request for a rent adjustment.

[ ] **CHANGE IN FAMILY COMPOSITION**
    Name _____ Adult _____ Minor _____

| Adjustment in Payment | TO | | | FROM |
|---|---|---|---|---|
| HAP Payment | $ 568 | | HAP Payment | $ 551 |
| Tenant Rent | $ 232 | | Tenant Rent | $ 249 |
| Total Rent to Owner | $ 800 | | Total Rent to Owner | $ 800 |

### Effective Date

This change to the Housing Voucher Contract and Lease Agreement will be effective 05/01/2009. The next reexamination is due on 04/01/2010.

This change is presented to you in accordance with the terms and conditions of the Housing Voucher Contract and/or Lease Agreement and shall be attached to and made a part of your Housing Voucher Contract and/or Lease Agreement. All other covenants, terms and conditions of the original Housing Voucher Contract and/or Lease Agreement remain the same.

### To the Tenant Only
If you disagree with this decision, you may request an informal hearing. If a hearing is desired, you must submit a written request to this office within 10 days of this notice or your right to a hearing will be waived.

*[handwritten:]* Payton's rent: $249.00 for May
    $300.00 for June

DEAR PETTERI (CHRI?) — PLEASE TELL HOW MUCH YOU RECEIVE FROM Seg 8 EACH MONTH.

11122 SNAPDRAGON STREET, SUITE 100 VENTURA, CALIFORNIA 93004 (805) 647-5990 FAX (805) 647-4691

*16*

# Calculation Summary
## TEODAR MARIAN (p0h5h36b)
### 4/23/2009

| | |
|---|---|
| Program: **Section 8 Voucher** | Project Number: |
| Date Modified: **04/23/2009** | Caseworker: **Martina Villa** *X 232* |
| Tenant Phone: **(805) 201-5414** | *on-going caseworker* |
| Unit Address: **968 E MAIN ST VENTURA, CA 93001** | Mailing Address: **968 E MAIN ST VENTURA, CA 93001** |

## Calculations Based On:

| | | | |
|---|---|---|---|
| Action Type: | **3** | Admit Date: | **04/02/2009** |
| Effective Date: | **05/01/2009** | Date Waitlisted: | **05/09/2005** |
| Next Re-exam due: | **04/01/2010** | Zip Code at Admission: | **930038279** |
| Status: | **Current** | Move-In Date: | **04/02/2009** |

## Family Members:

| # | Last Name | First Name | Birth date | Age | Sex | Relation | Citizen | Disabled | Race | Ethnicity | SS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **MARIAN** | **TEODAR** | **02/19/1942** | **67** | **M** | **H** | **EC** | **Y** | **1** | **1** | **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** |

## Assets:

| Family Member | Type of asset | Description | Cash value of asset | Anticipated Income |
|---|---|---|---|---|
| | | Totals: | | |

| | | | | |
|---|---|---|---|---|
| Passbook Rate: | **0.02** | | Imputed Income: | $    0 |
| | | | Final Asset Income: | $    0 |

## Income:

| Family Member | Income code | Description | | | Dollars per year | Income Excluded | Income after Exclusion | Deduction Type | Dollars per Year |
|---|---|---|---|---|---|---|---|---|---|
| **TEODAR MARIAN** | **SS** | **$552** | * 12 | =$ | **6,624** | $    0 | $    6,624 | | $    0 |
| **TEODAR MARIAN** | **S** | **$298** | * 12 | =$ | **3,576** | $    0 | $    3,576 | | $    0 |
| | | | | Total Annual Income: $ | **10,200** | | Total Deduction: $ | | **0** |

## Allowances:

| | | |
|---|---|---|
| Medical/disability Threshold: | $ | 306 |
| Allowable disability assistance expense: | $ | 0 |
| Total out of pocket medical expenses: | $ | 74 |
| Total disability/ medical expenses: | $ | 74 |
| Medical/disability assistance allowance: | $ | 0 |
| Elderly/disability allowance: | $ | 400 |
| Number of dependents: | | 0 |
| Allowance per dependent: | x $ | 480 |
| Dependent allowance: | $ | 0 |
| Yearly child care cost: | $ | 0 |
| Total Permissible Deductions: | $ | 0 |
| **Total Allowances:** | $ | 400 |

## TTP Calculation:

| | | | |
|---|---|---|---|
| Total Annual Income: | $ | 10,200 | |
| Allowances: | $ | 400 | |
| Adjusted annual income: | $ | 9,800 | |
| Total Monthly Income: | $ | 850 | |
| 10% of Total Monthly Income: | $ | 85 | * |
| Adjusted Monthly Income: | $ | 817 | |
| % of Adjusted Monthly Income: | | 30 | |
| 30% of Adjusted Monthly Income: | | 245 | * |
| Welfare Rent: | $ | 0 | * |
| Minimum TTP: | $ | 50 | * |
| TTP: | $ | 245 | * Highest value |

*17*

## Voucher Calculation:

| | | | | | | |
|---|---|---|---|---|---|---|
| Bedrooms on Voucher: | | | 1 | Lower of Pmt Standard & Gross Rent: | $ | 813 |
| Payment Standard: | | $ | 1,069 | TTP: – | $ | 245 |
| Contract Rent to Owner: | $ | 800 | | Total HAP: | $ | 568 |
| Utility Allowance: | $ | 13 | | | | |
| Gross Rent: | | $ | 813 | Contract Rent to Owner: | $ | 800 |
| Lower of Pmt Standard & Gross Rent: | | $ | 813 | HAP to Owner: – | $ | 568 |
| 40% of AMI: | | $ | 327 | Tenant Rent: | $ | 232 |
| | | | | Utility Reimbursement: | $ | 0 |

### Agency Certification:
I do hereby certify I have reviewed all documentation for annual re-certification.

Agency Representative: _____ *Terri Hernandez* _____ Date: 4/23/09

*Housing Specialist*

### Tenant Certification:

I/We certify that the information given to this agency on household composition, income, net family assets, and allowances and deductions is accurate and complete to the best of my/our knowledge and belief. I/We understand that false statements or information are punishable under federal law. I/We also understand that false statements or information are grounds for termination of housing assistance and termination of tenancy.

Head of Household: _____ Date: _____

Spouse/Co-Head: _____ Date: _____

**Note to Tenant:** If you disagree with the determination of rent calculation you have the right to request an informal hearing within 10 days of your signature of this form.

## PLEASE SIGN THIS FORM AND RETURN WITHIN 10 DAYS

*1B*

---

2                                                                 Thursday, April 23, 2009



# Housing Authority
## of the
# City of San Buenaventura

Edward L. Moses, Chief Executive Officer

BOARD OF COMMISSIONERS

Kay Doyle, Chair
John Polansky, Vice Chair
Jill Fioravanti
Sanjuana Gonzalez
Phyllis D. Kozel
Joseph Kreutz
Bill Watkins

## CERTIFICATION FOR SECTION 8
## HOUSING CHOICE VOUCHER PROGRAM
### SELF-DECLARATION

Name: _TEODOR MARIAN_   AKA: _____

Address: _968 E. MAIN ST._

City: _VENTURA_   State: _CA_   Zip Code: _93001_

Home Telephone #: _____   Cell #: _____   Work #: _____

**HOUSEHOLD MEMBERS** (Include Head of Household)  E-mail address: _____

| Member Name (First, Last) | Age | Primary Language Spoken | Birth Date | Earns Income Yes or No | Social Security # | Sex |
|---|---|---|---|---|---|---|
| TEODOR MARIAN | 68 | ROMANIAN ENGLISH | 2/19/42 | | 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 | M |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**HOUSEHOLD INCOME** (Include Minors)

| Member Name | Monthly Wages | Monthly Social Security (SSI, SSA or SSD) | Monthly Child Support | Monthly Pension Amount | Monthly Cal Works Benefit | Other Monthly Income (Specify) |
|---|---|---|---|---|---|---|
| TEODOR MARIAN | $865.00 | SSI + SSA | N/A | N/A | N/A | N/A |
| | | | | | | |
| | | | | | | |

**BANK ACCOUNT / ASSET INFORMATION:** Do you or any family member have any bank accounts or asset accounts? ☐ Yes ☒ No   *If yes, please complete the information below:*

List the assets for ALL household members. This includes checking or savings accounts, money market funds, IRA accounts, certificates of deposit (CD's), other income-producing asset.

| Household Member | Type of Asset | Name of Bank, Institution or Brokerage | Account Number(s) or other description | Current Balance or value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

1. Has any household member received any additional income in the last 12 months other than the income listed above?

☐ Yes ☒ No   If yes, list household member, source of income and dates received: _____

2. Have you ever owned any real estate or been named on any Deed of Trust, Grant Deed, Quit Claim Deed or any other real estate deed? ☐ Yes ☐ No   If yes, please describe: _____

3.  Did any household member file a federal and/or state income tax return for the most recent year?
☐ Yes  ☒ No If yes, who? _____

4.  Does anyone outside your household pay your expenses or give you money? ☐ Yes  ☒ No
If yes, please describe: _____

5.  Does any household member participate in any vocational, work training or work study program?
☐ Yes  ☒ No  If yes, please describe: _____

6.  Do you pay childcare expenses? ☐ Yes  ☒ No  If yes, verification form required
Are any of the childcare costs reimbursed to you ☐ Yes  ☒ No  If yes, by whom? _____
Does the childcare cost enable someone to attend school? ☐ Yes  ☒ No  If yes, Who? _____

7.  Are you or any member of your household a person with a disability? ☒ Yes  ☐ No
If you are 62 years or older or a person with a disability, do you anticipate out-of-pocket medical expenses for any
family member (Dr. visits, prescription, etc.) for this year? ☒ Yes  ☐ No You must provide written
verification of expenses to be eligible for any deduction.

8.  Has any household member ever been arrested? ☐ Yes  ☒ No  If yes, When? _____
Who? _____ Offense(s)? _____

9.  Is any household member subject to a lifetime registration requirement under a state sex offender registration
program?  ☐ Yes  ☒ No  If yes, who? _____

10.  Do you have a vehicle? ☒ Yes ☐ No  Year: *1985*  Make/Model: *BUICK (Regal)*
License Plate #: *1 NEF 959*  To whom is it registered? *TEODOR MARIAN*
Address of record on registration: *4360 E. Main ST # 118, Ventura, CA 93003*

11.  Are you or any household member currently enlisted in any branch of the armed services? ☐ Yes  ☒ No

12.  Have you ever received Section 8 or Public Housing Assistance (*for new applicants and portables only*)?
☐ Yes  ☒ No  If yes, Where? _____ Did you leave owing money? ☐ Yes  ☐ No

**EMERGENCY CONTACT:**

| Name | Address | Phone Number | Relationship |
|------|---------|--------------|--------------|
| *REG WOOD* | | *(805) 558-3883* | *Friend* |

**STUDENT STATUS:** *N/A*

| YES | NO | |
|-----|-----|---|
| ☐ | ☒ | Does the household consist of persons who are full-time students (Example: College/University, trade school, etc.) |
| ☐ | ☒ | Does your household anticipate becoming a full-time student household in the next 12 months? |

*If you answered yes to either of the previous two questions are you:*

| | |
|---|---|
| ☐ | • Receiving assistance under Title IV of the Social Security Act (AFDC/TANF) |
| ☐ | • Enrolled in a job training program receiving assistance through the Job Training Participation Act (JTPA) or other similar program |
| ☐ | • Married and filing a joint return |
| ☐ | • Single parent with dependant child or children and neither you nor your child(ren) are dependent of another individual |

I hereby certify that all of the foregoing is true and complete. I understand that providing false information is a
federal offense and grounds to deny eligibility and/or assistance. I understand that perjury is a felony punishable
by fine and/or prison. I authorize the Housing Authority to make all necessary inquiries for the purpose of verifying
this information.

_____  _____
Head of Household                Date *1/21/10*

*N/A*
_____  _____
Spouse/Other adult (18 yrs. or older)  Date

*N/A*
_____  _____
Other adult (18 yrs. or older)   Date

| Office Use Only |
|-----------------|
| [   ] Initial   [   ] annual |
| Case Worker _____ |

*20*

Rev. 08/2007

2/2/2010
Tenant Code: p0h5h36b

TEODAR MARIAN
968 E MAIN ST
VENTURA, CA 93001

The contract dated 04/02/2009, entered into between the Owner, DICKENS CHANG, and the PHA, H A City of San Buenaventura and the LESSEE ('FAMILY'), TEODAR MARIAN(p0h5h36b) for the following described unit 968 E MAIN ST, VENTURA, CA 93001 is amended as follows:

## The reason for this change is due to:

[X] **REEXAMINATION**
      Annual Review of family income and/or composition.

[ ] **INTERIM ADJUSTMENT**
      Interim change in family income and/or composition.

[ ] **RENT ADJUSTMENT**
      The owner/agent request for a rent adjustment.

[ ] **CHANGE IN FAMILY COMPOSITION**
      Name _____ Adult _____ Minor _____

| Adjustment in Payment | From | | To | |
|---|---|---|---|---|
| HAP Payment | $ | 568 | $ | 550 |
| Tenant Rent | $ | 232 | $ | 250 |
| Total Rent to Owner | $ | 800 | $ | 800 |
| URP | $ | 0 | $ | 0 |

## Effective Date

This change to the Housing Voucher Contract and/or Lease Agreement will be effective from 04/01/2010.  The next reexamination is due on 04/01/2011.

This change is presented to you in accordance with the terms and conditions of the Housing Voucher Contract and/or Lease Agreement and shall be attached to and made a part of your Housing Voucher Contract and/or Lease Agreement.  All other covenants, terms and conditions of the original Housing Voucher Contract and/or Lease Agreement remain the same.

To the Tenant Only
If you disagree with this decision, you may request an informal hearing.  If a hearing is desired, you must submit a written request to this office within 14 days of this notice or your right to a hearing will be waived.

## Signatures

**Housing Agency:  H A City of San Buenaventura**

Signature _____

(Official Title) _____

Date _____

*Please set an Appointment*

**Family:  TEODAR MARIAN**

*Unable to sign FALSE papers*

Signature _____

Date _____

Spouse or Co-Head's Signature _____

Date _____

21

**Calculation Summary**
**TEODAR MARIAN (p0h5h36b)**
**2/2/2010**

| | |
|---|---|
| Program: **Section 8 Voucher** | Project Number: |
| Date Modified: **02/02/2010** | Caseworker: **Dee Dee Chambers** |
| Tenant Phone: **(805) 201-5414** | |
| Unit Address: **968 E MAIN ST** | Mailing Address: **968 E MAIN ST** |
| **VENTURA, CA 93001** | **VENTURA, CA 93001** |

## Calculations Based On:

| | | | |
|---|---|---|---|
| Action Type: | **2** | Admit Date: | **04/02/2009** |
| Effective Date: | **04/01/2010** | Date Waitlisted: | **05/09/2005** |
| Next Re-exam due: | **04/01/2011** | Zip Code at Admission: | **930038279** |
| Status: | **Current** | Move-In Date: | **04/02/2009** |

### Family Members:

| # | Last Name | First Name | Birth date | Age | Sex | Relation | Citizen | Disabled | Race | Ethnicity | SS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MARIAN | TEODAR | 02/19/1942 | 68 | M | H | EC | Y | 1 | 1 | 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 |

### Assets:

| Family Member | Type of asset | Description | | Value of asset | Anticipated Income |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Passbook Rate: | **0.02** | Imputed Income: | $        0 |
| | | Final Asset Income: | $        0 |

### Income:

| Family Member | Income code | Description | Dollars per | Income Excluded | Income after Exclusion | Deduction Type | Dollars per Year |
|---|---|---|---|---|---|---|---|
| **TEODAR MARIAN** | SS | $572  * 12 | 6,864 | 0 $ | 6,864 | | $        0 |
| **TEODAR MARIAN** | S | $293  * 12 =$ 3,516 | | 0 $ | 3,516 | | $        0 |
| | | | Total Annual Income: $ | 10,380 | Total Deduction:  $ | | 0 |




### Allowances:

| | | |
|---|---|---|
| Medical/disability Threshold: | $ | 311 |
| Allowable disability assistance expense: | | 0 |
| Total out of pocket medical expenses: | | 112 |
| Total disability/ medical expenses: | $ | 112 |
| Medical/disability assistance allowance: | $ | 0 |
| Elderly/disability allowance: | $ | 400 |
| Number of dependents: | | 0 |
| Allowance per dependent: | x $ | 480 |
| Dependent allowance: | $ | 0 |
| Yearly child care cost: | $ | 0 |
| Total Permissible Deductions: | $ | 0 |
| **Total Allowances:** | $ | 400 |

### TTP Calculation:

| | | |
|---|---|---|
| Total Annual Income: | $ | 10,380 |
| Allowances: | $ | 400 |
| Adjusted annual income: | $ | 9,980 |
| Total Monthly Income: | $ | 865 |
| 10% of Total Monthly Income: | $ | 87  * |
| Adjusted Monthly Income: | $ | 832 |
| % of Adjusted Monthly Income: | | 30 |
| 30% of Adjusted Monthly Income: | | 250  * |
| Welfare Rent: | $ | 0  * |
| Minimum TTP: | $ | 50  * |
| TTP: | $ | 250  * Highest value |

22

## Calculation Summary for TEODAR M    IAN

**Voucher Calculation:**

| | | | | | |
|---|---|---|---|---|---|
| Bedrooms on Voucher: | | | 1 | Lower of Pmt Standard & Gross Rent: | $  800 |
| Payment Standard: | | $ 1,069 | | TIP: – $  250 | |
| Contract Rent to Owner: | $  800 | | | Total HAP: | $  550 |
| Utility Allowance: | $  0 | | | | |
| Gross Rent: | | $  800 | | Contract Rent to Owner: | $  800 |
| Lower of Pmt Standard & Gross Rent: | | $  800 | | HAP to Owner: – $  550 | |
| 40% of AMI: | ? | $  333 | | Tenant Rent: | $  250  — ? |
| | | | | Utility Reimbursement: | $  0 |

**Agency Certification:**
I do hereby certify I have reviewed all documentation for annual re-certification.

Agency Representative: _O-Chh ??? who is_        Date: _2 Feb 00_

Tenant Certification: _this person - ???_

I/We certify that the information given to this agency on household composition, income, net family assets, and allowances and deductions is accurate and complete to the best of my/our knowledge and belief. I/We understand that false statements or information are punishable under federal law. I/We also understand that false statements or information are grounds for termination of housing assistance and termination of tenancy.

Head of Household: _Unable to sign FALSE Papers_ Date: _2/12/10_
_- please set an appointment -_

Spouse/Co-Head: _____  Date: _____

**Note to Tenant:** If you disagree with the determination of rent calculation you have the right to request an informal hearing within 10 days of your signature of this form.

## PLEASE SIGN THIS FORM AND RETURN WITHIN 10 DAYS

_23_



# HOUSING AUTHORITY
## of the
# CITY OF SAN BUENAVENTURA

Edward L. Moses, Chief Executive Officer

BOARD OF COMMISSIONERS

Kay Doyle, Chair
John Polanskey, Vice Chair
Jill Fioravanti
Sanjuana González
Joseph Kreutz
Howard Nielsen
Bill Watkins

## INFORMAL HEARING DATE

Date:  February 23, 2010

Teodar Marian
968 E Main St
Ventura CA 93001

Dear:  Mr. Marian

Please be advised that the informal hearing you have requested to review the Housing Authority's determination of your rent calculation has been scheduled for the following date and time:

DATE:  Monday  March 8 2010

TIME:  10:00AM

The informal hearing will be held at the Section 8 office located at the address listed below. This appointment has been scheduled at your request. The Housing Authority will have an oral interpreter (via telephone) at our expense if you so desire or you may bring an interpreter of your choosing at your expense.

At that time you will be able to present any documentation that supports your response and bring any witnesses, legal or other representation at your own expense. You have the right to review any documents or evidence in which the Housing Authority made its determination and obtain copies of such documents, at your own expense.

Sincerely,

Housing Management

Cc: File

24

**Section 8 Housing      Voucher Program - Notice of change to House and Contract**

3/1/2011
Tenant Code: p0h5h36b

TEODOR MARIAN
968 E MAIN ST
VENTURA, CA 93001

The contract dated 04/02/2009, entered into between the Owner, DICKENS CHANG, and the PHA, H A City of San Buenaventura and the LESSEE ('FAMILY'), TEODOR MARIAN(p0h5h36b) for the following described unit 968 E MAIN ST, VENTURA, CA 93001 is amended as follows:

**The reason for this change is due to:**

[X] **REEXAMINATION**
    Annual Review of family income and/or composition.

[ ] **INTERIM ADJUSTMENT**
    Interim change in family income and/or composition.

[ ] **RENT ADJUSTMENT**
    The owner/agent request for a rent adjustment.

[ ] **CHANGE IN FAMILY COMPOSITION**



**Adjustment in Payment**

| | | |
|---|---|---|
| HAP Payment | $ | 550 |
| Tenant Rent | $ | 250 |
| Total Rent to Owner | $ | 800 |
| URP | $ | 0 |

**Effective Date**

This change to the Housing Voucher Contract and/or Lease Agreement will be effective from 04/01/2011. The next reexamination is due on 04/01/2012.

This change is presented to you in accordance with the terms and conditions of the Housing Voucher Contract and/or Lease Agreement and shall be attached to and made a part of your Housing Voucher Contract and/or Lease Agreement. All other covenants, terms and conditions of the original Housing Voucher Contract and/or Lease Agreement remain the same.

To the Tenant Only
If you disagree with this decision, you may request an informal hearing. If a hearing is desired, you must submit a written request to this office within 14 days of this notice or your right to a hearing will be waived.

**Signatures**

Housing Agency: H A City of San Buenaventura

_____
Signature    *DeeDee Chambers*
             *Housing Specialist*

_____
(Official Title)

_____
Date

Family: **TEODOR MARIAN**

_____
Signature

_____
Date

_____
Spouse or Co-Head's Signature

_____
Date



25

# Calculation Summary
## TEODOR MARIAN (p0h5h36b)
### 3/1/2011

| | | | |
|---|---|---|---|
| Program: | **Section 8 Voucher** | | |
| Date Modified: | **03/01/2011** | Project Number: | |
| Tenant Phone: | **(805) 201-5414** | Caseworker: | **Dee Dee Chambers** |
| Unit Address: | **968 E MAIN ST**<br>**VENTURA, CA 93001** | Mailing Address: | **968 E MAIN ST**<br>**VENTURA, CA 93001** |

## Calculations Based On:

| | | | |
|---|---|---|---|
| Action Type: | **2** | Admit Date: | **04/02/2009** |
| Effective Date: | **04/01/2011** | Date Waitlisted: | **05/09/2005** |
| Next Re-exam due: | **04/01/2012** | Zip Code at Admission: | **930038279** |
| Status: | **Current** | Move-In Date: | **04/02/2009** |

## Family Members:

| # | Last Name | First Name | Birth date | Age | Sex | Relation | Citizen | Disabled | Race | Ethnicity | SS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MARIAN | TEODAR | 02/19/1942 | 69 | M | H | EC | Y | 1 | 1 | 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 |

## Assets:

| Family Member | Type of asset | Description | Cash value of asset | Anticipated Income |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Passbook Rate: | **0.02** | Imputed Income: $ | 0 |
| | | Final Asset Income: $ | 0 |

## Income:

| Family Member | Income code | Description | Dollars per year | Income Excluded | Income after Exclusion | Deduction Type | Dollars per Year |
|---|---|---|---|---|---|---|---|
| **TEODAR MARIAN** | SS | $572 * 12 = $ 6,864 | $ | 0 $ | 6,864 | $ | 0 |
| **TEODAR MARIAN** | S | $293 * 12 = $ 3,516 | $ | 0 $ | 3,516 | $ | 0 |
| | | | Total Annual Income: $ | 10,380 | Total Deduction: $ | | 0 |

## Allowances:

| | | |
|---|---|---|
| Medical/disability Threshold: | $ | 311 |
| Allowable disability assistance expense: | $ | 0 |
| Total out of pocket medical expenses: | $ | 0 |
| Total disability/ medical expenses: | $ | 0 |
| Medical/disability assistance allowance: | $ | 0 |
| Elderly/disability allowance: | $ | 400 |
| Number of dependents: | | 0 |
| Allowance per dependent: | x $ | 480 |
| Dependent allowance: | $ | 0 |
| Yearly child care cost: | $ | 0 |
| Total Permissible Deductions: | $ | 0 |
| **Total Allowances:** | $ | 400 |

## TTP Calculation:

| | | |
|---|---|---|
| Total Annual Income: | $ | 10,380 |
| Allowances: – | $ | 400 |
| Adjusted annual income: | $ | 9,980 |
| Total Monthly Income: | $ | 865 |
| 10% of Total Monthly Income: | $ | 87 * |
| Adjusted Monthly Income: | $ | 832 |
| % of Adjusted Monthly Income: | | 30 |
| 30% of Adjusted Monthly Income: | $ | 250 * |
| Welfare Rent: | $ | 0 * |
| Minimum TTP: | $ | 50 * |
| TTP: | $ | 250 * Highest value |

## Voucher Calculation:

| | | |
|---|---|---|
| Bedrooms on Voucher: | | 1 |
| Payment Standard: | $ | 1,087 |
| Contract Rent to Owner: | $ 800 | |
| Utility Allowance: | $ 0 | |
| Gross Rent: | $ | 800 |
| Lower of Pmt Standard & Gross Rent: | $ | 800 |
| 40% of AMI: | | |

| | | |
|---|---|---|
| Lower of Pmt Standard & Gross Rent: | $ | 800 |
| TTP: – | $ | 250 |
| Total HAP: | $ | 550 |
| Contract Rent to Owner: | $ | 800 |
| HAP to Owner: – | $ | 550 |
| Tenant Rent: | $ | 250 |
| Utility Reimbursement: | $ | 0 |

26

**Calculation Summary for TEODOR   RIAN**

**Agency Certification:**
I do hereby certify I have reviewed all documentation for annual re-certification.

**Agency Representative:** _____ *DeeDee Chambers*   **Date:** _1 March 71_
                                                        *Housing Specialist*

**Tenant Certification:**

I/We certify that the information given to this agency on household composition, income, net family assets, and allowances and deductions is accurate and complete to the best of my/our knowledge and belief. I/We understand that false statements or information are punishable under federal law. I/We also understand that false statements or information are grounds for termination of housing assistance and termination of tenancy.

**Head of Household:** _____ **Date:** _____

**Spouse/Co-Head:** _____ **Date:** _____

**Note to Tenant:** If you disagree with the determination of rent calculation you have the right to request an informal hearing within 10 days of your signature of this form.

27

**Calculation Summary**
**TEODOR MARIAN (p0h5h36b)**
**4/18/2012**



| | | | |
|---|---|---|---|
| Program: | **Section 8 Voucher** | Project Number: | |
| Date Modified: | **04/18/2012** | Caseworker: | **Dee Dee Chambers** |
| Tenant Phone: | **(805) 201-5414** | | |
| Unit Address: | **968 E MAIN ST**<br>**VENTURA, CA 93001** | Mailing Address: | **968 E MAIN ST**<br>**VENTURA, CA 93001** |

## Calculations Based On:

| | | | |
|---|---|---|---|
| Action Type: | **3** | Admit Date: | **04/02/2009** |
| Effective Date: | **06/01/2012** | Date Waitlisted: | **05/09/2005** |
| Next Re-exam due: | **04/01/2013** | Zip Code at Admission: | **930038279** |
| Status: | **Current** | Move-In Date: | **04/02/2009** |

## Family Members:

| # | Last Name | First Name | Birth date | Age | Sex | Relation | Citizen | Disabled | Race | Ethnicity | SS# |
|---|-----------|------------|------------|-----|-----|----------|---------|----------|------|-----------|-----|
| 1 | MARIAN | TEODAR | 02/19/1942 | 70 | M | H | EC | Y | 1 | 1 | 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 |

## Assets:

| Family Member | Type of asset | Description | Cash value of asset | Anticipated Income |
|---------------|---------------|-------------|---------------------|--------------------|
| | | | | |

| | | | | |
|---|---|---|---|---|
| Passbook Rate: | **0.02** | | Imputed Income: | $ 0 |
| | | | Final Asset Income: | $ 0 |

## Income:

| Family Member | Income code | Description | Dollars per year | Income Excluded | Income after Exclusion | Deduction Type | Dollars per Year |
|---------------|-------------|-------------|------------------|-----------------|------------------------|----------------|------------------|
| TEODAR MARIAN | SS | $593 × 12 = $ 7,116 | | 0 $ | 7,116 | | $ 0 |
| TEODAR MARIAN | S | $281 × 12 = $ 3,372 | | 0 $ | 3,372 | | $ 0 |
| | | | **Total Annual Income:** $ | | **10,488** | **Total Deduction:** $ | **0** |

## Allowances:

| | | |
|---|---|---|
| Medical/disability Threshold: | $ 315 | |
| Allowable disability assistance expense: | 0 | |
| Total out of pocket medical expenses: | 0 | |
| Total disability/ medical expenses: | 0 | |
| Medical/disability assistance allowance: | $ 0 | |
| Elderly/disability allowance: | $ 400 | |
| Number of dependents: | 0 | |
| Allowance per dependent: | x $ 480 | |
| Dependent allowance: | $ 0 | |
| Yearly child care cost: | $ 0 | |
| Total Permissible Deductions: | $ 0 | |
| **Total Allowances:** | **$ 400** | |

## TTP Calculation:

| | | | |
|---|---|---|---|
| Total Annual Income: | $ | **10,488** | |
| Allowances: – | $ | **400** | |
| Adjusted annual income: | $ | **10,088** | |
| Total Monthly Income: | $ | 874 | |
| **10% of Total Monthly Income:** | $ | **87** | * |
| Adjusted Monthly Income: | $ | 841 | |
| % of Adjusted Monthly Income: | | 30 | |
| **30% of Adjusted Monthly Income:** | | **252** | * |
| Welfare Rent: | $ | **0** | * |
| **Minimum TTP:** | $ | **50** | * |
| **TTP:** | **$** | **252** | * Highest value |

## Voucher Calculation:

| | | |
|---|---|---|
| Bedrooms on Voucher: | | **1** |
| Payment Standard: | | $ **1,087** |
| Contract Rent to Owner: | $ 800 | |
| Utility Allowance: | $ 0 | |
| Gross Rent: | | $ **800** |
| Lower of Pmt Standard & Gross Rent: | | $ **800** |
| 40% of AMI: | | $ **336** |

| | | |
|---|---|---|
| Lower of Pmt Standard & Gross Rent: | $ | 800 |
| TTP: – | $ | 252 |
| **Total HAP:** | | **$ 548** |
| Contract Rent to Owner: | $ | 800 |
| HAP to Owner: – | $ | 548 |
| Tenant Rent: | | **$ 252** |
| Utility Reimbursement: | | **$ 0** |

**Calculation Summary for TEODOR M TAN**

**Agency Certification:**

I do hereby certify I have reviewed all documentation for annual re-certification.

**Agency Representative:** _Dustin Chen_   **Date:** _18 April 12_

**Tenant Certification:**

I/We certify that the information given to this agency on household composition, income, net family assets, and allowances and deductions is accurate and complete to the best of my/our knowledge and belief. I/We understand that false statements or information are punishable under federal law. I/We also understand that false statements or information are grounds for termination of housing assistance and termination of tenancy.

**Head of Household:** _Teodul Tan_   **Date:** _4/18/12_

**Spouse/Co-Head:** _____   **Date:** _____

**Note to Tenant:** If you disagree with the determination of rent calculation you have the right to request an informal hearing within 10 days of your signature of this form.

## PLEASE SIGN THIS FORM AND RETURN WITHIN 10 DAYS

29



BOARD OF COMMISSIONERS
John Polansky, Chair
Harvey Champlin, Vice Chair
Francisco Sanchez
Selfa Saucedo
Bill Watkins
James White
Jenny York

# Housing Authority
# of the
# City of San Buenaventura

## GENERAL RELEASE OF INFORMATION

Resident/Applicant _Teodor Marian_
SSN _50_ - _64_ - _5634_

The undersigned(s) do hereby authorize any agency, office, group, organization, business firm, financial institution, public or private school, or government entity, to release to the HOUSING AUTHORITY OF THE CITY OF SAN BUENAVENTURA (HACSB) any information or materials which the HACSB deems necessary to complete and verify my application for participation and/or to maintain my continued assistance under the Public Housing Program. The information needed may include, but is not limited to, verification or inquiries regarding my identity, household members (including minors in my household), employment, income, financial accounts, assets, school records, allowances or preferences I have claimed, and residency. The entities which the HACSB may request release of information shall include, but are not limited to, financial institutions (42 USC §3544), social services agencies, educational institutions, past or present employers, Social Security Administration, welfare agencies, Veteran's Administration, court clerks, utility companies, workmen's compensation payers, public and private retirement systems, law enforcement agencies, credit providers, postal service, or unemployment insurance agencies. Records from financial institutions shall include all bank account statements, credit card account statements, loan account statements, mortgage account statements, loan applications, credit applications, and any and all other account statements.

I understand that the U.S. Department of Housing and Urban Development (HUD) and/or HACSB may conduct computer matching programs, in order to verify the information supplied on my application or recertification. It is understood and agreed that this authorization or the information obtained with its use may be given to and use by HUD and/or HACSB in the administration and enforcement of program rules and regulations and that HUD and/or HACSB may in the course of its duties obtain such information from other federal, state, or local agencies including State Employment Security Agencies, Department of Defense, Office of Personnel Management, the Social Security Administration, and welfare and food stamp agencies.

It is with my understanding and consent that a photocopy of this authorization may be used for the purposes stated above. This general release of information shall be in effect for 15 months after the date set below.

Signature – Head of Household _Teodor Marian_     Date _12/30/13_

Signature – Other Adult     Date

Signature – Other Adult     Date

Signature – Other Adult     Date

Signature – Other Adult     Date

| INSTRUCTIONS: |
| --- |
| EACH HOUSEHOLD MEMBER 18 YEARS OF AGE OR OLDER MUST SIGN |
| Rev. 07-01-08 |

RECEIVED BY US MAIL

DEC 30 2013

VENTURA HOUSING AUTHORITY

30

Name: _____

Address: _____

City: _Ventura_   State: _CA_   Zip Code: _93001_

Home Telephone #: _____ Cell #: _____ Work #: _____

E-mail address: _____

## HOUSEHOLD MEMBERS (Include Head of Household)

| Member's Full Name | Age | Primary Language Spoken | Birth Date | Full Time Student? Yes or No | Social Security # | Sex |
|---|---|---|---|---|---|---|
| TEODOR MARIAN | 71 | Romanian | 7/19/42 | No | 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 | M |
| | | | | | | |
| | | | | | | |
| | | | | | RECEIVED By US MAIL | |
| | | | | | DEC 30 2013 | |
| | | | | | VENTURA HOUSING AUTHORITY | |
| | | | | | | |

## HOUSEHOLD INCOME (Include Minors)

| Member Name | Monthly Wages | Monthly Social Security (SSI, SSA or SSD) | Monthly Child Support | Monthly Pension Amount | Monthly Cal Works Cash Aid Benefit | Monthly Food Stamps Benefit | Unemployment Benefit | Other Monthly Income (please specify) |
|---|---|---|---|---|---|---|---|---|
| Teodor Marian | $866.00 | $869 SSA 283 SSI | — | — | — | — | — | — |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## BANK ACCOUNT / ASSET INFORMATION: Do you or any family member have any bank accounts or asset accounts? ☐ Yes ☑ No     *If yes, please complete the information below:*

List the assets for ALL household members.  This includes checking or savings accounts, money market funds, IRA accounts, certificates of deposit (CD's), other income-producing asset.

| Household Member | Type of Asset | Name of Bank, Institution or Brokerage | Account Number(s) or other description | Current Balance or value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |

Any withdrawal of cash or assets from an investment MAY be included in annual income for rent calculation purposes. The source of asset will determine if the withdrawal will be counted as income.

**Page 1 of 3**

31

Name: _____

Address: _____

City: _Victima_     State: _CA_     Zip Code: _93001_

Home Telephone #: _____ Cell #: _____ Work #: _____

E-mail address: _____

## HOUSEHOLD MEMBERS (Include Head of Household)

| Member's Full Name | Age | Primary Language Spoken | Birth Date | Full Time Student? Yes or No | Social Security # | Sex |
|---|---|---|---|---|---|---|
| TEODOR MARIAN | 71 | Romanian | 7/19/42 | no | 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 | M |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

RECEIVED BY US MAIL

DEC 30 2013

VENTURA HOUSING AUTHORITY

## HOUSEHOLD INCOME (Include Minors)

| Member Name | Monthly Wages | Monthly Social Security (SSI, SSA or SSD) | Monthly Child Support | Monthly Pension Amount | Monthly Cal Works Cash Aid Benefit | Monthly Food Stamps Benefit | Unemployment Benefit | Other Monthly Income (please specify) |
|---|---|---|---|---|---|---|---|---|
| Teodor Marian | $886.00 | $600 SSA $265 SSI | — | — | — | — | | |
| | | | | | | | | |
| | | | | | | | | |

**BANK ACCOUNT / ASSET INFORMATION:** Do you or any family member have any bank accounts or asset accounts? ☐ Yes ☑ No    *If yes, please complete the information below:*

List the assets for ALL household members. This includes checking or savings accounts, money market funds, IRA accounts, certificates of deposit (CD's), other income-producing asset.

| Household Member | Type of Asset | Name of Bank, Institution or Brokerage | Account Number(s) or other description | Current Balance or value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |

Any withdrawal of cash or assets from an investment MAY be included in annual income for rent calculation purposes. The source of asset will determine if the withdrawal will be counted as income.

**Page 1 of 3**

31

1. Has any household member Disposed of any assets for less than fair market value? [ ] Yes [X] No   If yes, which household member and please explain? _____ . _____

2. Has any household member received any monies from the following sources in the last 12 months?

| Source | Yes or No | Amount | Date Received |
|---|---|---|---|
| Family Inheritance | NO | | |
| Insurance Settlement | NO | | |
| Worker's Compensation | NO | | |
| Trust Fund | NO | | |
| IRA | NO | | |
| Retirement/Pension | NO | | |
| Life Insurance | NO | | |

3. Has any household member ever owned any real estate or been named on any Deed of trust, Grant Deed, Quit Claim Deed or any other real estate deed? [ ] Yes [X] No   if yes, please describe:

_____

4. Does any household member work? [ ] Yes   [X] No   If yes, which household member and where do they work?

_____

5. Does any household member participate in any vocational, work training, work study program or the Job Training Participation Act (JTPA) or other similar program? [ ] Yes   [X] No   If yes, please describe:

_____

6. Has any household member received any additional income in the last 12 months other than the income listed above? [ ] Yes [X] No   If yes, list household member, source of income and dates received: _____

_____

7. Did any household member file a federal and/or state income tax return for the most recent year?
[ ] Yes   [X] No   If yes, who? _____

8. Does anyone outside your household pay your expenses or give you money? [ ] Yes   [X] No   If yes, please describe: _____

9. Do you pay childcare expenses? [ ] Yes   [X] No   If yes, verification form required
Are any of the childcare costs reimbursed to you [ ] Yes   [X] No   If yes, by whom? _____
Does the childcare cost enable someone to attend school? [ ] Yes   [X] No   If yes, Who? _____

10. Are you or any member of your household a person with a disability? [X] Yes   [ ] No
If you are 62 years or older or a person with a disability, do you anticipate out-of-pocket medical expenses for any family member (Doctor Visits, prescription, etc.) for this year? [ ] Yes   [X] No   **You must provide written verification of expenses to be eligible for any deduction.**

11. Has any household member ever been arrested? [ ] Yes   [X] No   If yes, When? _____
Who? _____ Offense(s)? _____

12. Has any household member ever been booked-and-released or appeared before a judge? [ ] Yes [X] No
If yes, explain: (who, what, when)_____

13. Has any household member ever been convicted of a crime? [ ] Yes [X] No   If yes, explain (who, what, when)

32

14. Has any household member ever been convicted of a Felony? [ ] Yes [X] No   If yes, explain (who, what, when)

1. Has any household member disposed of any assets for less than fair market value? [ ] Yes [X] No   If yes, which household member and please explain? _____

2. Has any household member received any monies from the following sources in the last 12 months?

| Source | Yes or No | Amount | Date Received |
|---|---|---|---|
| Family Inheritance | NO | | |
| Insurance Settlement | NO | | |
| Worker's Compensation | NO | | |
| Trust Fund | NO | | |
| IRA | NO | | |
| Retirement/Pension | NO | | |
| Life Insurance | NO | | |

3. Has any household member ever owned any real estate or been named on any Deed of trust, Grant Deed, Quit Claim Deed or any other real estate deed?  [ ] Yes [X] No   if yes, please describe:

_____

4. Does any household member work? [ ] Yes   [X] No   If yes, which household member and where do they work?

_____

5. Does any household member participate in any vocational, work training, work study program or the Job Training Participation Act (JTPA) or other similar program? [ ] Yes   [X] No   If yes, please describe:

_____

6. Has any household member received any additional income in the last 12 months other than the income listed above? [ ] Yes [X] No   If yes, list household member, source of income and dates received: _____

_____

7. Did any household member file a federal and/or state income tax return for the most recent year?
[ ] Yes  [X] No If yes, who? _____

8. Does anyone outside your household pay your expenses or give you money? [ ] Yes   [X] No   If yes, please describe: _____

9. Do you pay childcare expenses? [ ] Yes  [X] No   If yes, verification form required
Are any of the childcare costs reimbursed to you [ ] Yes   [X] No   If yes, by whom? _____
Does the childcare cost enable someone to attend school? [ ] Yes   [X] No   If yes, Who? _____

10. Are you or any member of your household a person with a disability? [X] Yes   [ ] No
If you are 62 years or older or a person with a disability, do you anticipate out-of-pocket medical expenses for any family member (Doctor Visits, prescription, etc.) for this year? [ ] Yes   [X] No   **You must provide written verification of expenses to be eligible for any deduction.**

11. Has any household member ever been arrested? [ ] Yes   [X] No   If yes, When? _____
Who? _____ Offense(s)? _____

12. Has any household member ever been booked-and-released or appeared before a judge? [ ] Yes [X] No
If yes, explain: (who, what, when)_____

13. Has any household member ever been convicted of a crime? [ ] Yes [X] No   If yes, explain (who, what, when)
_____ 32

14. Has any household member ever been convicted of a Felony? [ ] Yes [X] No   If yes, explain (who, what, when)

**4.** Does any household member work? ☐Yes ☒No   If yes, which household member and where do they work?
_____

**5.** Does any household member participate in any vocational, work training, work study program or the Job Training Participation Act (JTPA) or other similar program? ☐ Yes   ☒ No   If yes, please describe:
_____

**6.** Has any household member received any additional income in the last 12 months other than the income listed above? ☐Yes ☒No   If yes, list household member, source of income and dates received: _____
_____

**7.** Did any household member file a federal and/or state income tax return for the most recent year?
☐Yes ☒ No If yes, who? _____

**8.** Does anyone outside your household pay your expenses or give you money? ☐ Yes   ☒No   If yes, please describe: _____

**9.** Do you pay childcare expenses? ☐Yes   ☒No   If yes, verification form required
Are any of the childcare costs reimbursed to you ☐Yes   ☒No   If yes, by whom? _____
Does the childcare cost enable someone to attend school? ☐Yes   ☒No   If yes, Who?_____

**10.** Are you or any member of your household a person with a disability?   ☒ Yes   ☐ No
If you are 62 years or older or a person with a disability, do you anticipate out-of-pocket medical expenses for any family member (Doctor Visits, prescription, etc.) for this year?   ☐ Yes   ☒ No   **You must provide written verification of expenses to be eligible for any deduction.**

**11.** Has any household member ever been arrested? ☐ Yes   ☒ No   If yes, When? _____
Who? _____ Offense(s)? _____

**12.** Has any household member ever been booked-and-released or appeared before a judge? ☐ Yes ☒ No
   If yes, explain: (who, what, when)_____

**13.** Has any household member ever been convicted of a crime? ☐ Yes ☒ No   If yes, explain (who, what, when)
_____

**14.** Has any household member ever been convicted of a Felony? ☐ Yes ☒ No   If yes, explain (who, what, when)
_____

**15.** Is any household member subject to a lifetime registration requirement under a state sex offender registration program?   ☐ Yes   ☒ No   If yes, who? _____

**16.** Do you have a vehicle? ☒ Yes ☐ No   If yes,
Year: _1985_   Make/Model: _Buick (2007)_   License Plate #: _4 NEF 959_
Registered to whom? _Teodor Marian_   Address of record on registration: _P.O.Box 146 Ville. CA_
Year: _____   Make/Model: _____   License Plate #:_____
Registered to whom? _____   Address of record on registration: _____

**Page 2 of 3**

33

**4.** Does any household member work? ☐ Yes ☒ No   If yes, which household member and where do they work?

_____

**5.** Does any household member participate in any vocational, work training, work study program or the Job Training Participation Act (JTPA) or other similar program? ☐ Yes ☒ No   If yes, please describe:
_____

**6.** Has any household member received any additional income in the last 12 months other than the income listed above? ☐ Yes ☒ No   If yes, list household member, source of income and dates received: _____
_____

**7.** Did any household member file a federal and/or state income tax return for the most recent year?
☐ Yes ☒ No If yes, who? _____

**8.** Does anyone outside your household pay your expenses or give you money? ☐ Yes ☒ No   If yes, please describe: _____

**9.** Do you pay childcare expenses? ☐ Yes ☒ No   If yes, verification form required
Are any of the childcare costs reimbursed to you ☐ Yes ☒ No   If yes, by whom? _____
Does the childcare cost enable someone to attend school? ☐ Yes ☒ No   If yes, Who? _____

**10.** Are you or any member of your household a person with a disability? ☒ Yes ☐ No
If you are 62 years or older or a person with a disability, do you anticipate out-of-pocket medical expenses for any family member (Doctor Visits, prescription, etc.) for this year? ☐ Yes ☒ No   **You must provide written verification of expenses to be eligible for any deduction.**

**11.** Has any household member ever been arrested? ☐ Yes ☒ No   If yes, When? _____
Who? _____ Offense(s)? _____

**12.** Has any household member ever been booked-and-released or appeared before a judge? ☐ Yes ☒ No
If yes, explain: (who, what, when)_____

**13.** Has any household member ever been convicted of a crime? ☐ Yes ☒ No   If yes, explain (who, what, when)
_____

**14.** Has any household member ever been convicted of a Felony? ☐ Yes ☒ No   If yes, explain (who, what, when)
_____

**15.** Is any household member subject to a lifetime registration requirement under a state sex offender registration program? ☐ Yes ☒ No   If yes, who? _____

**16.** Do you have a vehicle? ☒ Yes ☐ No   If yes,
Year: _1985_   Make/Model: _Buick (2door)_   License Plate #: _4 NEF 959_
Registered to whom? _Teodor Marian_   Address of record on registration: _P.O.Box 1461 Vlee, CA_

Year: _____   Make/Model: _____   License Plate #: _____
Registered to whom? _____   Address of record on registration: _____

**Page 2 of 3**

33

**17.** Are you or any household member currently enlisted in any branch of the armed services?  ☐ Yes  ☒ No

If yes, do they receive hostile fire pay? _____

**18.** Have you ever received Section 8 or Public Housing Assistance (*for new applicants and portables only*)? ☐ Yes
☐ No    If yes, Where? _____ N/A _____ Did you leave owing money?  ☐ Yes   ☐ No

**19.** Do you pay any utilities? {X} Yes   { } No    If yes,

| | | | |
|---|---|---|---|
| Heating | {x} Yes  { } No | If yes, is it | { } Gas {x} Electric |
| Cooking | { } Yes  {x} No | If yes, is it | { } Gas { } Electric |
| Water Heating | { } Yes  { } No | If yes, is it | { } Gas { } Electric |
| Other Electric | {x} Yes  { } No | | |
| Water | { } Yes  {x} No | | |
| Sewer | { } Yes  {x} No | | |
| Trash Collection | { } Yes  {x} No | | |

**20.** Is the water heater shared? { } Yes   {x} No   Where is it located? _____

**21.** Who owns appliances in your unit?

| | | |
|---|---|---|
| Refrigerator | _____ Tenant | ___X___ Owner |
| Stove/Range | _____ Tenant | ___X___ Owner |
| Microwave | ___X___ Tenant | _____ Owner |

**EMERGENCY CONTACT:**

| Name | Address | Phone Number | Relationship |
|---|---|---|---|
| | | | |

## DECLARATION

I DO HEREBY DECLARE, UNDER THE PENALTY OF PERJURY, AS DEFINED BY CALIFORNIA PENAL CODE SECTION 118, UNDER THE LAWS OF THE UNITED STATES AND THE STATE OF CALIFORNIA THAT THE FACTS CONTAINED IN THIS REPORT ARE TRUE AND CORRECT.

I UNDERSTAND THAT ALL CHANGES IN INCOME OF ANY MEMBER OF MY HOUSEHOLD MUST BE REPORTED IN WRITING TO THE HOUSING AUTHORITY WITHIN 10 DAYS OF OCCURRENCE. ALSO, THE HOUSING AUTHORITY MUST APPROVE ANY ADDITIONAL HOUSEHOLD MEMBERS. THE HEAD OF HOUSEHOLD MUST REQUEST, IN WRITING, TO ADD OR REMOVE A MEMBER. FAILURE TO COMPLY WITH THE RULES AND REGULATIONS MAY RESULT IN PROGRAM TERMINATION AND/OR CRIMINAL PROSECUTION.

I UNDERSTAND THAT I MAY ASK THE HOUSING AUTHORITY QUESTIONS ABOUT THIS FORM PRIOR TO MY SIGNATURE.  MY SIGNATURE INDICATES I FULLY READ AND UNDERSTOOD EVERY QUESTION ON THE FORM.

TITLE 18, SECTION 1001 OF THE UNITED STATES CODE, STATES THAT A PERSON IS GUILTY OF A FELONY FOR KNOWINGLY AND WILLINGLY MAKING FALSE OR FRAUDULENT STATEMENTS TO ANY DEPARTMENT OR AGENCY OF THE UNITED STATES. MAKING FALSE STATEMENTS IS A FELONY UNDER CALIFORNIA STATE LAW AND MAY RESULT  IN CRIMINAL CHARGES INCLUDING PERJURY, GRAND THEFT, FILING FALSE DOCUMENTS WITH A PUBLIC OFFICE AND OBTAINING MONEY UNDER FALSE PRETENSES.  THESE VIOLATIONS COULD RESULT IN PRISON AND/OR FINES.

34

VENTURA HOUSING AUTHORITY
RECEIVED BY US MAIL
DEC 30 2013

**17.** Are you or any household member currently enlisted in any branch of the armed services?  ☐ Yes  ☑ No

If yes, do they receive hostile fire pay? _____

**18.** Have you ever received Section 8 or Public Housing Assistance (**for new applicants and portables only**)? ☐ Yes ☐ No   If yes, Where? _____ N/A _____ Did you leave owing money? ☐ Yes ☐ No

**19.** Do you pay any utilities? {x} Yes   { } No   If yes,

| | | | |
|---|---|---|---|
| Heating | {x} Yes | { } No | If yes, is it  { } Gas {x} Electric |
| Cooking | { } Yes | {x} No | If yes, is it  { } Gas { } Electric |
| Water Heating | { } Yes | {x} No | If yes, is it  { } Gas { } Electric |
| Other Electric | {x} Yes | { } No | |
| Water | { } Yes | {x} No | |
| Sewer | { } Yes | {x} No | |
| Trash Collection | { } Yes | {x} No | |

**20.** Is the water heater shared? { } Yes   {x} No   Where is it located? _____

**21.** Who owns appliances in your unit?

| | | |
|---|---|---|
| Refrigerator | _____ Tenant | __X__ Owner |
| Stove/Range | _____ Tenant | __X__ Owner |
| Microwave | __X__ Tenant | _____ Owner |

**EMERGENCY CONTACT:**

| Name | Address | Phone Number | Relationship |
|---|---|---|---|
| | | | |

## DECLARATION

I DO HEREBY DECLARE, UNDER THE PENALTY OF PERJURY, AS DEFINED BY CALIFORNIA PENAL CODE SECTION 118, UNDER THE LAWS OF THE UNITED STATES AND THE STATE OF CALIFORNIA THAT THE FACTS CONTAINED IN THIS REPORT ARE TRUE AND CORRECT.

I UNDERSTAND THAT ALL CHANGES IN INCOME OF ANY MEMBER OF MY HOUSEHOLD MUST BE REPORTED IN WRITING TO THE HOUSING AUTHORITY WITHIN 10 DAYS OF OCCURRENCE. ALSO, THE HOUSING AUTHORITY MUST APPROVE ANY ADDITIONAL HOUSEHOLD MEMBERS. THE HEAD OF HOUSEHOLD MUST REQUEST, IN WRITING, TO ADD OR REMOVE A MEMBER. FAILURE TO COMPLY WITH THE RULES AND REGULATIONS MAY RESULT IN PROGRAM TERMINATION AND/OR CRIMINAL PROSECUTION.

I UNDERSTAND THAT I MAY ASK THE HOUSING AUTHORITY QUESTIONS ABOUT THIS FORM PRIOR TO MY SIGNATURE.  MY SIGNATURE INDICATES I FULLY READ AND UNDERSTOOD EVERY QUESTION ON THE FORM.

TITLE 18, SECTION 1001 OF THE UNITED STATES CODE, STATES THAT A PERSON IS GUILTY OF A FELONY FOR KNOWINGLY AND WILLINGLY MAKING FALSE OR FRAUDULENT STATEMENTS TO ANY DEPARTMENT OR AGENCY OF THE UNITED STATES. MAKING FALSE STATEMENTS IS A FELONY UNDER CALIFORNIA STATE LAW AND MAY RESULT  IN CRIMINAL CHARGES INCLUDING PERJURY, GRAND THEFT, FILING FALSE DOCUMENTS WITH A PUBLIC OFFICE AND OBTAINING MONEY UNDER FALSE PRETENSES.  THESE VIOLATIONS COULD RESULT IN PRISON AND/OR FINES.

| Refrigerator | | Tenant | X Owner |
| ve/Range | | Tenant | X Owner |
| Microwave | | X Tenant | Owner |

## EMERGENCY CONTACT:

| Name | Address | Phone Number | Relationship |
|------|---------|--------------|--------------|
| ? | | | |

## <u>DECLARATION</u>

I DO HEREBY DECLARE, UNDER THE PENALTY OF PERJURY, AS DEFINED BY CALIFORNIA PENAL CODE SECTION 118, UNDER THE LAWS OF THE UNITED STATES AND THE STATE OF CALIFORNIA THAT THE FACTS CONTAINED IN THIS REPORT ARE TRUE AND CORRECT.

I UNDERSTAND THAT ALL CHANGES IN INCOME OF ANY MEMBER OF MY HOUSEHOLD MUST BE REPORTED IN WRITING TO THE HOUSING AUTHORITY WITHIN 10 DAYS OF OCCURRENCE. ALSO, THE HOUSING AUTHORITY MUST APPROVE ANY ADDITIONAL HOUSEHOLD MEMBERS. THE HEAD OF HOUSEHOLD MUST REQUEST, IN WRITING, TO ADD OR REMOVE A MEMBER. FAILURE TO COMPLY WITH THE RULES AND REGULATIONS MAY RESULT IN PROGRAM TERMINATION AND/OR CRIMINAL PROSECUTION.

I UNDERSTAND THAT I MAY ASK THE HOUSING AUTHORITY QUESTIONS ABOUT THIS FORM PRIOR TO MY SIGNATURE.  MY SIGNATURE INDICATES I FULLY READ AND UNDERSTOOD EVERY QUESTION ON THE FORM.

TITLE 18, SECTION 1001 OF THE UNITED STATES CODE, STATES THAT A PERSON IS GUILTY OF A FELONY FOR KNOWINGLY AND WILLINGLY MAKING FALSE OR FRAUDULENT STATEMENTS TO ANY DEPARTMENT OR AGENCY OF THE UNITED STATES. MAKING FALSE STATEMENTS IS A FELONY UNDER CALIFORNIA STATE LAW AND MAY RESULT  IN CRIMINAL CHARGES INCLUDING PERJURY, GRAND THEFT, FILING FALSE DOCUMENTS WITH A PUBLIC OFFICE AND OBTAINING MONEY UNDER FALSE PRETENSES.  THESE VIOLATIONS COULD RESULT  IN PRISON AND/OR FINES.

_____
ead of Household

_____
pouse/Other adult (18 yrs. or older)

_____
ther adult (18 yrs. or older)

_____
ther adult (18 yrs. or older)

_____
ther adult (18 yrs. or older)

_____
Date

_____
Date

_____
Date

_____
Date

_____
Date

v. 1/2012

| Office Use Only |
| [   ] initial     [   ] annual |
| Case Worker _____ |

**<u>Page 3 of 3</u>**

3 5

Refrigerator     Tenant _____    X Owner

e/Range _____    Tenant _____    Owner

Microwave _____    X Tenant _____    Owner

**EMERGENCY CONTACT:**

| Name | Address | Phone Number | Relationship |
|------|---------|--------------|--------------|
|      |         |              |              |

## DECLARATION

I DO HEREBY DECLARE, UNDER THE PENALTY OF PERJURY, AS DEFINED BY CALIFORNIA PENAL CODE SECTION 118, UNDER THE LAWS OF THE UNITED STATES AND THE STATE OF CALIFORNIA THAT THE FACTS CONTAINED IN THIS REPORT ARE TRUE AND CORRECT.

I UNDERSTAND THAT ALL CHANGES IN INCOME OF ANY MEMBER OF MY HOUSEHOLD MUST BE REPORTED IN WRITING TO THE HOUSING AUTHORITY WITHIN 10 DAYS OF OCCURRENCE. ALSO, THE HOUSING AUTHORITY MUST APPROVE ANY ADDITIONAL HOUSEHOLD MEMBERS. THE HEAD OF HOUSEHOLD MUST REQUEST, IN WRITING, TO ADD OR REMOVE A MEMBER. FAILURE TO COMPLY WITH THE RULES AND REGULATIONS MAY RESULT IN PROGRAM TERMINATION AND/OR CRIMINAL PROSECUTION.

I UNDERSTAND THAT I MAY ASK THE HOUSING AUTHORITY QUESTIONS ABOUT THIS FORM PRIOR TO MY SIGNATURE. MY SIGNATURE INDICATES I FULLY READ AND UNDERSTOOD EVERY QUESTION ON THE FORM.

TITLE 18, SECTION 1001 OF THE UNITED STATES CODE, STATES THAT A PERSON IS GUILTY OF A FELONY FOR KNOWINGLY AND WILLINGLY MAKING FALSE OR FRAUDULENT STATEMENTS TO ANY DEPARTMENT OR AGENCY OF THE UNITED STATES. MAKING FALSE STATEMENTS IS A FELONY UNDER CALIFORNIA STATE LAW AND MAY RESULT IN CRIMINAL CHARGES INCLUDING PERJURY, GRAND THEFT, FILING FALSE DOCUMENTS WITH A PUBLIC OFFICE AND OBTAINING MONEY UNDER FALSE PRETENSES. THESE VIOLATIONS COULD RESULT IN PRISON AND/OR FINES.

_____       _____
ead of Household                            Date

_____       _____
pouse/Other adult (18 yrs. or older)           Date

_____       _____
ther adult (18 yrs. or older)                      Date

_____       _____
ther adult (18 yrs. or older)                      Date

_____       _____
ther adult (18 yrs. or older)                      Date

v. 1/2012

| Office Use Only |
|-----------------|
| [ ] initial     [ ] annual |
| Case Worker _____ |

**Page 3 of 3**



BOARD OF COMMISSIONERS

John Polanskey, Chair
Harvey Champlin, Vice Chair
Francisco Sanchez
Selfa Saucedo
Bill Watkins
James White
Jenny York

# Housing Authority
## of the
## City of San Buenaventura

## GENERAL RELEASE OF INFORMATION

| Resident/Applicant | *Teodor Moran* |
| SSN | 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 |

The undersigned(s) do hereby authorize any agency, office, group, organization, business firm, financial institution, public or private school, or government entity, to release to the HOUSING AUTHORITY OF THE CITY OF SAN BUENAVENTURA (HACSB) any information or materials which the HACSB deems necessary to complete and verify my application for participation and/or to maintain my continued assistance under the Public Housing Program. The information needed may include, but is not limited to, verification or inquiries regarding my identity, household members (including minors in my household), employment, income, financial accounts, assets, school records, allowances or preferences I have claimed, and residency. The entities which the HACSB may request release of information shall include, but are not limited to, financial institutions (42 USC §3544), social services agencies, educational institutions, past or present employers, Social Security Administration, welfare agencies, Veteran's Administration, court clerks, utility companies, workmen's compensation payers, public and private retirement systems, law enforcement agencies, credit providers, postal service, or unemployment insurance agencies. Records from financial institutions shall include all bank account statements, credit card account statements, loan account statements, mortgage account statements, loan applications, credit applications, and any and all other account statements.

I understand that the U.S. Department of Housing and Urban Development (HUD) and/or HACSB may conduct computer matching programs, in order to verify the information supplied on my application or recertification. It is understood and agreed that this authorization or the information obtained with its use may be given to and use by HUD and/or HACSB in the administration and enforcement of program rules and regulations and that HUD and/or HACSB may in the course of its duties obtain such information from other federal, state, or local agencies including State Employment Security Agencies, Department of Defense, Office of Personnel Management, the Social Security Administration, and welfare and food stamp agencies.

It is with my understanding and consent that a photocopy of this authorization may be used for the purposes stated above. This general release of information shall be in effect for 15 months after the date set below.

| | Date |
| Signature – Head of Household | |
| | Date |
| Signature – Other Adult | *1/16/13* |
| | Date |
| Signature – Other Adult | |
| | Date |
| Signature – Other Adult | |
| | Date |
| Signature – Other Adult | |

> **INSTRUCTIONS:**
> **EACH HOUSEHOLD MEMBER 18 YEARS OF AGE OR OLDER MUST SIGN**
> Rev. 07-01-08

RECEIVED BY US MAIL

JAN 17 2013  36

VENTURA HOUSING AUTHORITY

# Housing Authority of the City of San Bernaventura
## 11122 Snapdragon Street, Suite 100, Ventura, CA 93004
### (805) 647-5990 · fax (805) 647-4691
## CERTIFICATION FOR SECTION 8
## HOUSING CHOICE VOUCHER PROGRAM

### FRAUD POLICY AND THE ISSUANCE OF BENEFITS

Housing Benefits are issued based on information provided to the Housing Authority under the penalty of perjury.  It is your responsibility to accurately and truthfully answer the questions below so the Housing Authority can accurately calculate the benefits for which you are entitled.  If you intentionally fail to report the required information, your intentional omissions and/or misrepresentations may result in housing benefits for which you are not entitled.  These intentional omissions and/or misrepresentations could subject you to criminal prosecution set forth under the Laws of the State of California and/or Federal Laws, pursuant to Title 18, Section 1001 of the United States Code.

### SELF-DECLARATION

Name: _TEODOR MARIAN_        AKA: _____

Address: _96 E. Main St_

City: _Ventura_        State: _CA_        Zip Code: _93001_

Home Telephone #: _____    Cell #: _____    Work #: _____

E-mail address: _____

## HOUSEHOLD MEMBERS (Include Head of Household)

| Member's Full Name | Age | Primary Language Spoken | Birth Date | Full Time Student? Yes or No | Social Security # | Sex |
|---|---|---|---|---|---|---|
| Teodor Marian | 70 | Romanian | 2/19/4 | ☐ X O | 600-64-58 | M |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

RECEIVED BY US MAIL

JAN 17 2013

VENTURA HOUSING AUTHORITY

## HOUSEHOLD INCOME (Include Minors)

| Member Name | Monthly Wages | Monthly Social Security (SSI, SSA or SSD) | Monthly Child Support | Monthly Pension Amount | Monthly Cal Works Cash Aid Benefit | Monthly Food Stamps Benefit | Unemployment Benefit | Other Monthly Income (please specify) |
|---|---|---|---|---|---|---|---|---|
| Teodor Marian | | SSA-$603 SSI-$783 | | N/A | N/A | N/A | N/A | N/A |

**BANK ACCOUNT / ASSET INFORMATION:** Do you or any family member have any bank accounts or asset accounts? ☐ Yes ☐ No    _If yes, please complete the information below:_        36

List the assets for ALL household members. This includes checking or savings accounts, money market funds, IRA accounts

| Member's Full Name | Age | Primary Language Spoken | Birth Date | Full Time Student Yes or No | Social Security # | Sex |
|---|---|---|---|---|---|---|
| Teodor Marian | 70 | Romanian | 2/19/4 | X | 600-64-56 | M |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | RECEIVED BY US MAIL | | |
| | | | | JAN 17 2013 | | |
| | | | | VENTURA HOUSING AUTHORITY | | |

## HOUSEHOLD INCOME (Include Minors)

| Member Name | Monthly Wages | Monthly Social Security (SSI, SSA or SSD) | Monthly Child Support | Monthly Pension Amount | Monthly Cal Works Cash Aid Benefit | Monthly Food Stamps Benefit | Unemployment Benefit | Other Monthly Income (please specify) |
|---|---|---|---|---|---|---|---|---|
| Teodor Marian | | SSA-\$603 SSI-\$203 | N/A | N/A | N/A | N/A | N/A | N/A |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## BANK ACCOUNT / ASSET INFORMATION: Do you or any family member have any bank accounts or asset accounts? ☐ Yes ☐ No   *If yes, please complete the information below:*

List the assets for ALL household members. This includes checking or savings accounts, money market funds, IRA accounts, certificates of deposit (CD's), other income-producing asset.

| Household Member | Type of Asset | Name of Bank, Institution or Brokerage | Account Number(s) or other description | Current Balance or value |
|---|---|---|---|---|
| Teodor Marian | N/A | N/A | N/A | N/A |
| | | | | |
| | | | | |

Any withdrawal of cash or assets from an investment MAY be included in annual income for rent calculation purposes. The source of asset will determine if the withdrawal will be counted as income.

**Page 1of 3**

37

| Member's Full Name | Age | Primary Language Spoken | Birth Date | Full Time Savings Yes or No | Social Security # | Sex |
|---|---|---|---|---|---|---|
| Teodor Marian | 70 | Romanian | 2/19/4 | X  O | 600-64-58 | M |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

RECEIVED BY US MAIL

JAN 17 2013

VENTURA HOUSING AUTHORITY

## HOUSEHOLD INCOME (Include Minors)

| Member Name | Monthly Wages | Monthly Social Security (SSI, SSA or SSD) | Monthly Child Support | Monthly Pension Amount | Monthly Cal Works Cash Aid Benefit | Monthly Food Stamps Benefit | Unemployment Benefit | Other Monthly Income (please specify) |
|---|---|---|---|---|---|---|---|---|
| Teodor Marian | | SSA-1603 SSI-783 | N/A | N/A | N/A | N/A | N/A |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## BANK ACCOUNT / ASSET INFORMATION: Do you or any family member have any bank accounts or asset accounts? ☐ Yes ☐ No *If yes, please complete the information below:*

List the assets for ALL household members. This includes checking or savings accounts, money market funds, IRA accounts, certificates of deposit (CD's), other income-producing asset.

| Household Member | Type of Asset | Name of Bank, Institution or Brokerage | Account Number(s) or other description | Current Balance or value |
|---|---|---|---|---|
| Teodor Marian | N/A | N/A | N/A | N/A |
| | | | | |

Any withdrawal of cash or assets from an investment MAY be included in annual income for rent calculation purposes. The source of asset will determine if the withdrawal will be counted as income.

**Page 1of 3**

37

1. Has any household member disposed of any assets for less than fair market value? ☐ Yes ☒ No   If yes, which household member and please explain?_____

2. Has any household member received any monies from the following sources in the last 12 months? *N.2.*

| Source | Yes or No | Amount | Date Received |
|---|---|---|---|
| Family Inheritance | | | |
| Insurance Settlement | | | |
| Worker's Compensation | | | |
| Trust Fund | | | |
| IRA | | | |
| Retirement/Pension | | | |
| Life Insurance | | | |

3. Has any household member ever owned any real estate or been named on any Deed of Trust, Grant Deed, Quit Claim Deed or any other real estate deed? ☐ Yes ☒ No   If yes, please describe: _____

4. Does any household member work? ☐ Yes ☒ No   If yes, which household member and where do they work? _____

5. Does any household member participate in any vocational, work training, work study program or the Job Training Participation Act (JTPA) or other similar program? ☐ Yes ☒ No   If yes, please describe: _____

6. Has any household member received any additional income in the last 12 months other than the income listed above? ☐ Yes ☒ No   If yes, list household member, source of income and dates received: _____

7. Did any household member file a federal and/or state income tax return for the most recent year? ☐ Yes ☒ No If yes, who? _____

8. Does anyone outside your household pay your expenses or give you money? ☐ Yes ☒ No   If yes, please describe: _____

9. Do you pay childcare expenses? ☐ Yes ☒ No   If yes, verification form required
Are any of the childcare costs reimbursed to you ☐ Yes ☒ No   If yes, by whom? _____
Does the childcare cost enable someone to attend school? ☐ Yes ☒ No   If yes, Who? _____

10. Are you or any member of your household a person with a disability? ☒ Yes ☐ No
If you are 62 years or older or a person with a disability, do you anticipate out-of-pocket medical expenses for any family member (Doctor Visits, prescription, etc.) for this year? ☐ Yes ☐ No   **You must provide written verification of expenses to be eligible for any deduction.** —*unknown*—

11. Has any household member ever been arrested? ☐ Yes ☒ No   If yes, When? _____
Who? _____ Offense(s)? _____

12. Has any household member ever been booked-and-released or appeared before a judge? ☐ Yes ☒ No
If yes, explain: (who, what, when)_____

13. Has any household member ever been convicted of a crime? ☐ Yes ☒ No   If yes, explain (who, what, when) _____

*38*

14. Has any household member ever been convicted of a Felony? ☐ Yes ☒ No   If yes, explain (who, what, when) _____

**7.** Did any household member file a federal and/or state income tax return for the most recent year?
☐Yes  ☒No If yes, who? _____

**8.** Does anyone outside your household pay your expenses or give you money? ☐ Yes  ☒No  If yes, please describe: _____

**9.** Do you pay childcare expenses? ☐Yes  ☒No  If yes, verification form required
Are any of the childcare costs reimbursed to you ☐Yes  ☒No  If yes, by whom? _____
Does the childcare cost enable someone to attend school? ☐Yes  ☒No  If yes, Who?_____

**10.**  Are you or any member of your household a person with a disability? ☒Yes ☐ No
If you are 62 years or older or a person with a disability, do you anticipate out-of-pocket medical expenses for any family member (Doctor Visits, prescription, etc.) for this year? ☐ Yes  ☐ No  **You must provide written verification of expenses to be eligible for any deduction.** ~~unknown~~

**11.** Has any household member ever been arrested? ☐ Yes  ☒No  If yes, When? _____
Who? _____ Offense(s)? _____

**12.** Has any household member ever been booked-and-released or appeared before a judge? ☐ Yes ☒No
    If yes, explain: (who, what, when)_____

**13.** Has any household member ever been convicted of a crime? ☐ Yes ☒No   If yes, explain (who, what, when)
_____

**14.** Has any household member ever been convicted of a Felony? ☐ Yes ☒No   If yes, explain (who, what, when)
_____

**15.** Is any household member subject to a lifetime registration requirement under a state sex offender registration program?   ☐ Yes  ☒  No   If yes, who? _____

**16.** Do you have a vehicle? ☒Yes ☐ No   If yes,
Year: _1985_  Make/Model: _Buick_____  License Plate #: _LNEF 959_
Registered to whom? _____Address of record on registration: _____
Year: _____  Make/Model: _____  License Plate #:_____
Registered to whom? _____Address of record on registration: _____

**Page 2 of 3**

39

7. Are you or any household member currently enlisted in any branch of the armed services? { } Yes {X} No

   If yes, do they receive hostile fire pay? _____

8. Have you ever received Section 8 or Public Housing Assistance (**for new applicants and portables only**)? { } Yes {X} No  If yes, Where? _____ Did you leave owing money? { } Yes {X} No

9. Do you pay any utilities? {X} Yes { } No  If yes,

| | | | |
|---|---|---|---|
| Heating | { } Yes {X} No | If yes, is it | { } Gas {X} Electric |
| Cooking | { } Yes { } No | If yes, is it | { } Gas { } Electric |
| Water Heating | { } Yes { } No | If yes, is it | { } Gas { } Electric |
| Other Electric | { } Yes { } No | | |
| Water | { } Yes { } No | | |
| Sewer | { } Yes { } No | | |
| Trash Collection | { } Yes { } No | | |

20. Is the water heater shared? { } Yes {X} No  Where is it located? _____

21. Who owns appliances in your unit?

| | | |
|---|---|---|
| Refrigerator | __X__ Tenant | _____ Owner |
| Stove/Range | _____ Tenant | _____ Owner |
| Microwave | _____ Tenant | _____ Owner |

**EMERGENCY CONTACT:**

| Name | Address | Phone Number | Relationship |
|---|---|---|---|
| | | | |

## DECLARATION

I DO HEREBY DECLARE, UNDER THE PENALTY OF PERJURY, AS DEFINED BY CALIFORNIA PENAL CODE SECTION 118, UNDER THE LAWS OF THE UNITED STATES AND THE STATE OF CALIFORNIA THAT THE FACTS CONTAINED IN THIS REPORT ARE TRUE AND CORRECT.

I UNDERSTAND THAT ALL CHANGES IN INCOME OF ANY MEMBER OF MY HOUSEHOLD MUST BE REPORTED IN WRITING TO THE HOUSING AUTHORITY WITHIN 10 DAYS OF OCCURRENCE. ALSO, THE HOUSING AUTHORITY MUST APPROVE ANY ADDITIONAL HOUSEHOLD MEMBERS. THE HEAD OF HOUSEHOLD MUST REQUEST, IN WRITING, TO ADD OR REMOVE A MEMBER. FAILURE TO COMPLY WITH THE RULES AND REGULATIONS MAY RESULT IN PROGRAM TERMINATION AND/OR CRIMINAL PROSECUTION.

I UNDERSTAND THAT I MAY ASK THE HOUSING AUTHORITY QUESTIONS ABOUT THIS FORM PRIOR TO MY SIGNATURE. MY SIGNATURE INDICATES I FULLY READ AND UNDERSTOOD EVERY QUESTION ON THE FORM.

TITLE 18, SECTION 1001 OF THE UNITED STATES CODE, STATES THAT A PERSON IS GUILTY OF A FELONY FOR KNOWINGLY AND WILLINGLY MAKING FALSE OR FRAUDULENT STATEMENTS TO ANY DEPARTMENT OR AGENCY OF THE UNITED STATES. MAKING FALSE STATEMENTS IS A FELONY UNDER CALIFORNIA STATE LAW AND MAY RESULT IN CRIMINAL CHARGES INCLUDING PERJURY, GRAND THEFT, FILING FALSE DOCUMENTS WITH A PUBLIC OFFICE AND OBTAINING MONEY UNDER FALSE PRETENSES. THESE VIOLATIONS COULD RESULT IN PRISON AND/OR FINES.

_T. Boolamlarioa_                    _11/16/13_    40

                                                  Date

Microwave _____ Tenant _____ Owner

**EMERGENCY CONTACT:**

| Name | Address | Phone Number | Relationship |
|------|---------|--------------|--------------|
|      |         |              |              |

## **DECLARATION**

I DO HEREBY DECLARE, UNDER THE PENALTY OF PERJURY, AS DEFINED BY CALIFORNIA PENAL CODE SECTION 118, UNDER THE LAWS OF THE UNITED STATES AND THE STATE OF CALIFORNIA THAT THE FACTS CONTAINED IN THIS REPORT ARE TRUE AND CORRECT.

I UNDERSTAND THAT ALL CHANGES IN INCOME OF ANY MEMBER OF MY HOUSEHOLD MUST BE REPORTED IN WRITING TO THE HOUSING AUTHORITY WITHIN 10 DAYS OF OCCURRENCE. ALSO, THE HOUSING AUTHORITY MUST APPROVE ANY ADDITIONAL HOUSEHOLD MEMBERS. THE HEAD OF HOUSEHOLD MUST REQUEST, IN WRITING, TO ADD OR REMOVE A MEMBER. FAILURE TO COMPLY WITH THE RULES AND REGULATIONS MAY RESULT IN PROGRAM TERMINATION AND/OR CRIMINAL PROSECUTION.

I UNDERSTAND THAT I MAY ASK THE HOUSING AUTHORITY QUESTIONS ABOUT THIS FORM PRIOR TO MY SIGNATURE.  MY SIGNATURE INDICATES I FULLY READ AND UNDERSTOOD EVERY QUESTION ON THE FORM.

TITLE 18, SECTION 1001 OF THE UNITED STATES CODE, STATES THAT A PERSON IS GUILTY OF A FELONY FOR KNOWINGLY AND WILLINGLY MAKING FALSE OR FRAUDULENT STATEMENTS TO ANY DEPARTMENT OR AGENCY OF THE UNITED STATES. MAKING FALSE STATEMENTS IS A FELONY UNDER CALIFORNIA STATE LAW AND MAY RESULT  IN CRIMINAL CHARGES INCLUDING PERJURY, GRAND THEFT, FILING FALSE DOCUMENTS WITH A PUBLIC OFFICE AND OBTAINING MONEY UNDER FALSE PRETENSES.  THESE VIOLATIONS COULD RESULT IN PRISON AND/OR FINES.

_T. Boolambberion_ _____     _____ 1/16/13 _____

Head of Household                                                         Date

_____     _____
Spouse/Other adult (18 yrs. or older)                                  Date

_____     _____
Other adult (18 yrs. or older)                                         Date

_____     _____
Other adult (18 yrs. or older)                                         Date

RECEIVED BY US MAIL

JAN 17 2013

_____     _____
Other adult (18 yrs. or older)                                         Date

VENTURA HOUSING AUTHORITY

Rev. 1/2012

| Office Use Only |
|---|
| [  ] initial     [  ] annual |
| Case Worker _____ |

## **Page 3 of 3**

41



BOARD OF COMMISSIONERS
John Polansky, Chair
Jim White, Vice Chair
William Cornell
Barbara Keller
Andy Pattison
Selfa Saucedo
Wanda Sumner

# Housing Authority
## of the
## City of San Buenaventura

## GENERAL RELEASE OF INFORMATION

Resident/Applicant *Teodor Marian*
SSN  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

The undersigned(s) do hereby authorize any agency, office, group, organization, business firm, financial institution, public or private school, or government entity, to release to the HOUSING AUTHORITY OF THE CITY OF SAN BUENAVENTURA (HACSB) any information or materials which the HACSB deems necessary to complete and verify my application for participation and/or to maintain my continued assistance under the Public Housing Program. The information needed may include, but is not limited to, verification or inquiries regarding my identity, household members (including minors in my household), employment, income, financial accounts, assets, school records, allowances or preferences I have claimed, and residency. The entities which the HACSB may request release of information shall include, but are not limited to, financial institutions (42 USC §3544), social services agencies, educational institutions, past or present employers, Social Security Administration, welfare agencies, Veteran's Administration, court clerks, utility companies, workmen's compensation payers, public and private retirement systems, law enforcement agencies, credit providers, postal service, or unemployment insurance agencies. Records from financial institutions shall include all bank account statements, credit card account statements, loan account statements, mortgage account statements, loan applications, credit applications, and any and all other account statements.

I understand that the U.S. Department of Housing and Urban Development (HUD) and/or HACSB may conduct computer matching programs, in order to verify the information supplied on my application or recertification. It is understood and agreed that this authorization or the information obtained with its use may be given to and use by HUD and/or HACSB in the administration and enforcement of program rules and regulations and that HUD and/or HACSB in the course of its duties obtain such information from other federal, state, or local agencies including State Employment Security Agencies, Department of Defense, Office of Personnel Management, the Social Security Administration, and welfare and food stamp agencies.

It is with my understanding and consent that a photocopy of this authorization may be used for the purposes stated above. This general release of information shall be in effect for 15 months after the date set below.

| | |
|---|---|
| Signature – Head of Household *Teodor Marian* | Date 1/12/15 |
| Signature – Other Adult | Date |
| Signature – Other Adult | Date |
| Signature – Other Adult | Date |
| Signature – Other Adult | Date |

**INSTRUCTIONS:**
**EACH HOUSEHOLD MEMBER 18 YEARS OF AGE OR OLDER MUST SIGN**
Rev. 07-01-08

RECEIVED BY US MAIL

JAN 1 4 2015   42

VENTURA HOUSING AUTHORITY

**Housing Authority of the City of San Buenaventura**
11122 Sha___ ___gon Street, Suite 100, Ventura ___ 93004
(805) 647-5990 · fax (805) 647-4691
**CERTIFICATION FOR SECTION 8**
**HOUSING CHOICE VOUCHER PROGRAM**

## FRAUD POLICY AND THE ISSUANCE OF BENEFITS

Housing Benefits are issued based on information provided to the Housing Authority under the penalty of perjury. It is your responsibility to accurately and truthfully answer the questions below so the Housing Authority can accurately calculate the benefits for which you are entitled. If you intentionally fail to report the required information, your intentional omissions and/or misrepresentations may result in housing benefits for which you are not entitled. These intentional omissions and/or misrepresentations could subject you to criminal prosecution set forth under the Laws of the State of California and/or Federal Laws, pursuant to Title 18, Section 1001 of the United States Code.

### SELF-DECLARATION

Name: *TEODOR MARIAN*   AKA: _____

Address: *96 E. Main St.*

City: *Ventura*   State: *CA*   Zip Code: *93001*

Home Telephone #: _____   Cell #: _____   Work #: _____

E-mail address: _____

**HOUSEHOLD MEMBERS** (Include Head of Household)

| Member's Full Name | Age | Primary Language Spoken | Birth Date | Full Time Student? Yes or No | Social Security # | Sex |
|---|---|---|---|---|---|---|
| Teodor Marian | 73 | Romanian | 2/19/42 | NO | 600-64-58   | M |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | RECEIVED BY US MAIL | | |
| | | | | JAN 14 2015 | | |
| | | | | VENTURA HOUSING AUTHORITY | | |

**HOUSEHOLD INCOME** (Include Minors)

| Member Name | Monthly Wages | Monthly Social Security (SSI, SSA or SSD) | Monthly Child Support | Monthly Pension Amount | Monthly Cal Works Cash Aid Benefit | Monthly Food Stamps Benefit | Unemployment Benefit | Other Monthly Income (please specify) |
|---|---|---|---|---|---|---|---|---|
| Teodor Marian | $909.40 | SSA-$6220 SSI-$283.40 | N/A | N/A | N/A | N/A | N/A | NONE |
| | | | | | | | | |

**BANK ACCOUNT / ASSET INFORMATION:** Do you or any family member have any bank accounts or asset accounts? ☐ Yes  ☒ No   *If yes, please complete the information below:*   43

List the assets for ALL household members. This includes checking or savings accounts, money market funds, IRA accounts,

Address: _760 E. Main St._

City: _Ventura_                State: _CA_          Zip Code: _93001_

Home Telephone #: _____ Cell #: _____ Work #: _____

E-mail address: _____

## HOUSEHOLD MEMBERS (Include Head of Household)

| Member's Full Name | Age | Primary Language Spoken | Birth Date | Full Time Student? Yes or No | Social Security # | Sex |
|---|---|---|---|---|---|---|
| Teodor Marian | 73 | Romanian | 2/19/42 | NO | 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 | M |
| | | | | | | |
| | | | | | | |
| | | | | RECEIVED BY US MAIL | | |
| | | | | JAN 14 2015 | | |
| | | | | VENTURA HOUSING AUTHORITY | | |
| | | | | | | |

## HOUSEHOLD INCOME (Include Minors)

| Member Name | Monthly Wages | Monthly Social Security (SSI, SSA or SSD) | Monthly Child Support | Monthly Pension Amount | Monthly Cal Works Cash Aid Benefit | Monthly Food Stamps Benefit | Unemployment Benefit | Other Monthly Income (please specify) |
|---|---|---|---|---|---|---|---|---|
| Teodor Marian | $909,40 | SSA-$623o SSI-$283,40 | N/A | N/A | N/A | N/A | N/A | NONE |
| | | | | | | | | |
| | | | | | | | | |

## BANK ACCOUNT / ASSET INFORMATION: Do you or any family member have any bank accounts or asset accounts? ☐ Yes  ☒ No    *If yes, please complete the information below:*

List the assets for ALL household members. This includes checking or savings accounts, money market funds, IRA accounts, certificates of deposit (CD's), other income-producing asset.

| Household Member | Type of Asset | Name of Bank, Institution or Brokerage | Account Number(s) or other description | Current Balance or value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |

Any withdrawal of cash or assets from an investment MAY be included in annual income for rent calculation purposes. The source of asset will determine if the withdrawal will be counted as income.

### Page 1 of 3

44

1. Has any household member disposed of any assets for less than fair market value? ☐Yes ☒No   If yes, which household member and ple   explain? _____ *N/A*

2. Has any household member received any monies from the following sources in the last 12 months?

| Source | Yes or No | Amount | Date Received |
|---|---|---|---|
| Family Inheritance | N/A | | |
| Insurance Settlement | N/A | | |
| Worker's Compensation | N/A | | |
| Trust Fund | N/A | | |
| IRA | N/A | | |
| Retirement/Pension | N/A | | |
| Life Insurance | N/A | | |

3. Has any household member ever owned any real estate or been named on any Deed of trust, Grant Deed, Quit Claim Deed or any other real estate deed?   [ ] Yes ☒ No   if yes, please describe: _____ *N/A* _____

4. Does any household member work? ☐Yes ☒No   If yes, which household member and where do they work? _____ *N/A*

5. Does any household member participate in any vocational, work training, work study program or the Job Training Participation Act (JTPA) or other similar program? ☐ Yes ☒ No   If yes, please describe: _____ *N/A*

6. Has any household member received any additional income in the last 12 months other than the income listed above? ☐Yes ☒No   If yes, list household member, source of income and dates received: _____ *N/A*

7. Did any household member file a federal and/or state income tax return for the most recent year? ☐Yes ☒No If yes, who? _____ *N/A*

8. Does anyone outside your household pay your expenses or give you money? ☐ Yes ☒No   If yes, please describe: _____ *N/A*

9. Do you pay childcare expenses? ☐Yes ☒No   If yes, verification form required
Are any of the childcare costs reimbursed to you ☐Yes ☒No   If yes, by whom? _____ *N/A*
Does the childcare cost enable someone to attend school? ☐Yes ☒No   If yes, Who? _____ *N/A*

10. Are you or any member of your household a person with a disability? ☐ Yes ☒No
If you are 62 years or older or a person with a disability, do you anticipate out-of-pocket medical expenses for any family member (Doctor Visits, prescription, etc.) for this year? ☐ Yes ☒No   **You must provide written verification of expenses to be eligible for any deduction.** *I buy over-the-counter medicines since 7/15/08 (I am not P/P surgery) did*

11. Has any household member ever been arrested? ☐ Yes ☒ No   If yes, When? *not see a Dr. So I* Who? _____ *N/A* _____ Offense(s)? _____ *have no health care ins.* *Medi-cal / Medicare*

12. Has any household member ever been booked-and-released or appeared before a judge? ☐ Yes ☒ No
   If yes, explain: (who, what, when) _____ *N/A*

13. Has any household member ever been convicted of a crime? ☐ Yes ☒ No   If yes, explain (who, what, when) _____ *N/A*   *45*

14. Has any household member ever been convicted of a Felony? ☐ Yes ☒ No   If yes, explain (who, what, when) _____ *N/A*

**4.** Does any household member work? ☐ Yes ☒ No   If yes, which household member and where do they work
*N/A*

**5.** Does any household member participate in any vocational, work training, work study program or the Job Training Participation Act (JTPA) or other similar program? ☐ Yes ☒ No   If yes, please describe
*N/A*

**6.** Has any household member received any additional income in the last 12 months other than the income listed above? ☐ Yes ☒ No   If yes, list household member, source of income and dates received: _____
*N/A*

**7.** Did any household member file a federal and/or state income tax return for the most recent year?
☐ Yes ☒ No If yes, who? _____ *N/A*

**8.** Does anyone outside your household pay your expenses or give you money? ☐ Yes ☒ No   If yes, ple
describe: _____ *N/A*

**9.** Do you pay childcare expenses? ☐ Yes ☒ No   If yes, verification form required
Are any of the childcare costs reimbursed to you ☐ Yes ☒ No   If yes, by whom? *N/A*
Does the childcare cost enable someone to attend school? ☐ Yes ☒ No   If yes, Who? *N/A*

**10.** Are you or any member of your household a person with a disability? ☐ Yes ☒ No
If you are 62 years or older or a person with a disability, do you anticipate out-of-pocket medical expenses for any family member (Doctor Visits, prescription, etc.) for this year? ☐ Yes ☒ No   **You must provide written verification of expenses to be eligible for any deduction.** *- I buy over-the-counter medicines*
**11.** Has any household member ever been arrested? ☐ Yes ☒ No   If yes, When? *since 7/5/08 (I'm post-op surgery) self*
Who? _____ *N/A* Offense(s)? _____ *I have NO health care in Medical/Medicare*

**12.** Has any household member ever been booked-and-released or appeared before a judge? ☐ Yes ☒ No
If yes, explain: (who, what, when) _____ *N/A*

**13.** Has any household member ever been convicted of a crime? ☐ Yes ☒ No   If yes, explain (who, what, when)
_____ *N/A*

**14.** Has any household member ever been convicted of a Felony? ☐ Yes ☒ No   If yes, explain (who, what, when)
_____ *N/A*

**15.** Is any household member subject to a lifetime registration requirement under a state sex offender registration program? ☐ Yes ☒ No   If yes, who? *N/A*

**16.** Do you have a vehicle? ☒ Yes ☐ No   If yes,
Year: *1998*   Make/Model: *Infinity*   License Plate #: *7KNB606*
Registered to whom? *Marian Teodor* Address of record on registration: *P.O. Box 1461, Vta. 9300*
Year: *N/A*   Make/Model: *N/A*   License Plate #: *N/A*
Registered to whom? *N/A*   Address of record on registration: *N/A*

*46*

17. Are you or any household member currently enlisted in any branch of the armed services? ☐ Yes ☒ No

If yes, do they receive hostile fire pay? _N/A_

18. Have you ever received Section 8 or Public Housing Assistance (**for new applicants and portables only**)? ☐ Yes ☒ No  If yes, Where? _N/A_ Did you leave owing money? ☐ Yes ☒ No

19. Do you pay any utilities? { } Yes { } No  If yes,

| | | | |
|---|---|---|---|
| Heating + Cooling | ☒ Yes { } No | If yes, is it | { } Gas ☒ Electric |
| Cooking | ☒ Yes { } No | If yes, is it | { } Gas ☒ Electric |
| Water Heating | { } Yes ☒ No | If yes, is it | { } Gas { } Electric |
| Other Electric | { } Yes ☒ No | | |
| Water | { } Yes ☒ No | | |
| Sewer | { } Yes ☒ No | | |
| Trash Collection | { } Yes ☒ No | | |

20. Is the water heater shared? { } Yes ☒ No  Where is it located? _in Laundry room_

21. Who owns appliances in your unit?

| | | | |
|---|---|---|---|
| Refrigerator | ✗ Tenant | — Owner |
| Stove/Range | — Tenant | ✗ Owner |
| Microwave | ✗ Tenant | — Owner |

**EMERGENCY CONTACT:**

| Name | Address | Phone Number | Relationship |
|---|---|---|---|
| Pastor/Landlord | 966 E. Main St. Vta, | | landlord |

## DECLARATION

I DO HEREBY DECLARE, UNDER THE PENALTY OF PERJURY, AS DEFINED BY CALIFORNIA PENAL CODE SECTION 118, UNDER THE LAWS OF THE UNITED STATES AND THE STATE OF CALIFORNIA THAT THE FACTS CONTAINED IN THIS REPORT ARE TRUE AND CORRECT.

I UNDERSTAND THAT ALL CHANGES IN INCOME OF ANY MEMBER OF MY HOUSEHOLD MUST BE REPORTED IN WRITING TO THE HOUSING AUTHORITY WITHIN 10 DAYS OF OCCURRENCE. ALSO, THE HOUSING AUTHORITY MUST APPROVE ANY ADDITIONAL HOUSEHOLD MEMBERS. THE HEAD OF HOUSEHOLD MUST REQUEST, IN WRITING, TO ADD OR REMOVE A MEMBER. FAILURE TO COMPLY WITH THE RULES AND REGULATIONS MAY RESULT IN PROGRAM TERMINATION AND/OR CRIMINAL PROSECUTION.

I UNDERSTAND THAT I MAY ASK THE HOUSING AUTHORITY QUESTIONS ABOUT THIS FORM PRIOR TO MY SIGNATURE.  MY SIGNATURE INDICATES I FULLY READ AND UNDERSTOOD EVERY QUESTION ON THE FORM.

TITLE 18, SECTION 1001 OF THE UNITED STATES CODE, STATES THAT A PERSON IS GUILTY OF A FELONY FOR KNOWINGLY AND WILLINGLY MAKING FALSE OR FRAUDULENT STATEMENTS TO ANY DEPARTMENT OR AGENCY OF THE UNITED STATES. MAKING FALSE STATEMENTS IS A FELONY UNDER CALIFORNIA STATE LAW AND MAY RESULT  IN CRIMINAL CHARGES INCLUDING PERJURY, GRAND THEFT, FILING FALSE DOCUMENTS WITH A PUBLIC OFFICE AND OBTAINING MONEY UNDER FALSE PRETENSES.  THESE VIOLATIONS COULD RESULT IN PRISON AND/OR FINES.

_Pandora Monian_                    _1/2/15_

47

**20.** Is the water heater shared? { } Yes {X} No   Where is it located? *in Laundry room*

**21.** Who owns appliances in your unit?

| | | |
|---|---|---|
| Refrigerator | X Tenant | ___ Owner |
| Stove/Range | — Tenant | X Owner |
| Microwave | X Tenant | — Owner |

**EMERGENCY CONTACT:**

| Name | Address | Phone Number | Relationship |
|---|---|---|---|
| *Peter/Pendlow* | *966 E. Main St. Vta.* | | *landlord* |

## DECLARATION

I DO HEREBY DECLARE, UNDER THE PENALTY OF PERJURY, AS DEFINED BY CALIFORNIA PENAL CODE SECTION 118, UNDER THE LAWS OF THE UNITED STATES AND THE STATE OF CALIFORNIA THAT THE FACTS CONTAINED IN THIS REPORT ARE TRUE AND CORRECT.

I UNDERSTAND THAT ALL CHANGES IN INCOME OF ANY MEMBER OF MY HOUSEHOLD MUST BE REPORTED IN WRITING TO THE HOUSING AUTHORITY WITHIN 10 DAYS OF OCCURRENCE. ALSO, THE HOUSING AUTHORITY MUST APPROVE ANY ADDITIONAL HOUSEHOLD MEMBERS. THE HEAD OF HOUSEHOLD MUST REQUEST, IN WRITING, TO ADD OR REMOVE A MEMBER. FAILURE TO COMPLY WITH THE RULES AND REGULATIONS MAY RESULT IN PROGRAM TERMINATION AND/OR CRIMINAL PROSECUTION.

I UNDERSTAND THAT I MAY ASK THE HOUSING AUTHORITY QUESTIONS ABOUT THIS FORM PRIOR TO MY SIGNATURE. MY SIGNATURE INDICATES I FULLY READ AND UNDERSTOOD EVERY QUESTION ON THE FORM.

TITLE 18, SECTION 1001 OF THE UNITED STATES CODE, STATES THAT A PERSON IS GUILTY OF A FELONY FOR KNOWINGLY AND WILLINGLY MAKING FALSE OR FRAUDULENT STATEMENTS TO ANY DEPARTMENT OR AGENCY OF THE UNITED STATES. MAKING FALSE STATEMENTS IS A FELONY UNDER CALIFORNIA STATE LAW AND MAY RESULT IN CRIMINAL CHARGES INCLUDING PERJURY, GRAND THEFT, FILING FALSE DOCUMENTS WITH A PUBLIC OFFICE AND OBTAINING MONEY UNDER FALSE PRETENSES. THESE VIOLATIONS COULD RESULT IN PRISON AND/OR FINES.

| | | |
|---|---|---|
| *Teodoro Mancia* | | 1/12/15 |
| ead of Household | | Date |
| ouse/Other adult (18 yrs. or older) | | Date |
| her adult (18 yrs. or older) | | Date |
| her adult (18 yrs. or older) | | Date |
| her adult (18 yrs. or older) | | Date |

RECEIVED BY US MAIL

JAN 1 4 2015

VENTURA HOUSING AUTHORITY

| Office Use Only |
|---|
| [ ] initial    [ ] annual |
| Case Worker _____ |

*48*



# HOUSING AUTHORITY
## of the
# CITY OF SAN BUENAVENTURA

Denise Wise, Chief Executive Officer

BOARD OF COMMISSIONERS

John Polansky, Chair
Jim White, Vice Chair
William Cornell, Commissioner
Francisco Sanchezi Commissioner
Selfa Saucedo, Commissioner
Bill Watkins, Commissioner
Jenny York, Commissioner

## Section 8 Housing Voucher Program - Notice of change to Lease and Contract

Tenant Code: p0h5h36b

TEODOR MARIAN
965 E MAIN ST
VENTURA, CA 93001

The reason for this change is due to:   *+ Utility allowance clarification*

☒ **REEXAMINATION**
  Annual Review of family income and/or composition.
☐ **INTERIM ADJUSTMENT**
  Interim change in family income and/or composition.
☐ **RENT ADJUSTMENT**
  The owner/agent request for a rent adjustment.
☐ **CHANGE IN FAMILY COMPOSITION**

| Adjustment in Payment | From | | To | |
|---|---|---|---|---|
| HAP Payment | $ | 550 | $ | 571 |
| Tenant Rent | $ | 250 | $ | 229 |
| Total Rent to Owner | $ | 800 | $ | 800 |
| URP | $ | 0 | $ | 0 |

## Effective Date

This change to the Housing Voucher Contract and/or Lease Agreement will be effective from 04/01/2016.  The next reexamination is due on 04/01/2017.

This change is presented to you in accordance with the terms and conditions of the Housing Voucher Contract and/or Lease Agreement and shall be attached to and made a part of your Housing Voucher Contract and/or Lease Agreement.  All other covenants, terms and conditions of the original Housing Voucher Contract and/or Lease Agreement remain the same.

To the Tenant Only
If you disagree with this decision, you may request an informal hearing.  If a hearing is desired, you must submit a written request to this office within 14 days of this notice or your right to a hearing will be waived.

Terri Hernandez
Housing Specialist

49

# Calculation Summary
## TEODOR MARIAN (p0h5h36b)
### 2/2/2016

| | |
|---|---|
| Program: | **Section 8 Voucher** |
| Date Modified: | **02/02/2016** |
| Tenant Phone: | |
| Unit Address: | **968 E MAIN ST**<br>**VENTURA, CA 93001** |

| | |
|---|---|
| Project Number: | |
| Caseworker: | **Terri Hernandez** |
| | |
| Mailing Address: | **968 E MAIN ST**<br>**VENTURA, CA 93001** |

## Calculations Based On:

| | |
|---|---|
| Action Type: | **2** |
| Effective Date: | **04/01/2016** |
| Next Re-exam due: | **04/01/2017** |
| Status: | **Current** |

| | |
|---|---|
| Admit Date: | **04/02/2009** |
| Date Waitlisted: | |
| Zip Code at Admission: | |
| Move-In Date: | **04/02/2009** |

## Family Members:

| # | Last Name | First Name | Birth date | Age | Sex | Relation | Citizen | Disabled | Race | Ethnicity | SS# |
|---|-----------|------------|------------|-----|-----|----------|---------|----------|------|-----------|-----|
| 1 | **MARIAN** | **TEODOR** | **02/19/1942** | **74** | **M** | **H** | **EC** | **Y** | **1** | **1** | **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** |

## Assets:

| Family Member | Type of asset | Description | Cash value of asset | Anticipated Income |
|---------------|---------------|-------------|---------------------|--------------------|
| | | | Totals: | |

| | | |
|---|---|---|
| Passbook Rate: | **0.81** | |

| | | |
|---|---|---|
| Imputed Income: | $ | 0 |
| Final Asset Income: | $ | 0 |

## Income:

| Family Member | Income code | | Description | Dollars per year | | Income Excluded | | Income after Exclusion | Deduction Type | | Dollers per Year |
|---------------|-------------|---|-------------|------------------|---|-----------------|---|------------------------|----------------|---|------------------|
| **TEODOR MARIAN** | SS | SS | $622 | * 12 | =$ 7,464 | $ 0 | $ | 7,464 | | $ | 0 |
| **TEODOR MARIAN** | S | SSI | $287 | * 12 | =$ 3,444 | $ 0 | $ | 3,444 | | $ | 0 |
| | | | | Total Annual Income: $ | | 10,908 | Total Deduction: $ | | | | 0 |

## Allowances:

| | | |
|---|---|---|
| Medical/disability Threshold: | $ | 327 |
| | | |
| Allowable disability assistance expense: | $ | 0 |
| Total out of pocket medical expenses: | $ | 0 |
| Total disability/ medical expenses: | $ | 0 |
| Medical/disability assistance allowance: | $ | 0 |
| Elderly/disability allowance: | $ | 400 |
| | | |
| Number of dependents: | | 0 |
| Allowance per dependent: | x $ | 480 |
| Dependent allowance: | $ | 0 |
| Yearly child care cost: | $ | 0 |
| Total Permissible Deductions: | $ | 0 |
| **Total Allowances:** | $ | 400 |

## TTP Calculation:

| | | |
|---|---|---|
| Total Annual Income: | $ | **10,908** |
| Allowances: | $ | **400** |
| Adjusted annual income: | $ | **10,508** |
| Total Monthly Income: | $ | 909 |
| **10% of Total Monthly Income:** | $ | **91** * |
| Adjusted Monthly Income: | $ | 876 |
| % of Adjusted Monthly Income: | | 30 |
| **30% of Adjusted Monthly Income:** | | **263** * |
| Welfare Rent: | $ | 0 * |
| **Minimum TTP:** | $ | **50** * |
| **TTP:** | $ | **263** * Highest value |

*50*

**Calculation Summary for TEODOR N   CIAN**

**Voucher Calculation:**

| | | | |
|---|---|---|---|
| Bedrooms on Voucher: | | | **0** |
| Payment Standard: | | $ | **1,093** |
| Contract Rent to Owner: | $ | 800 | |
| Utility Allowance: | $ | 34 | |
| Gross Rent: | | $ | **834** |
| Lower of Pmt Standard & Gross Rent: | | $ | **834** |
| 40% of AMI: | | $ | **350** |

| | | |
|---|---|---|
| Lower of Pmt Standard & Gross Rent: | $ | 834 |
| TTP: – $ | | 263 |
| Total HAP: | | $ **571** |
| Contract Rent to Owner: | $ | 800 |
| HAP to Owner: – $ | | 571 |
| Tenant Rent: | | $ **229** |
| Utility Reimbursement: | | $ **0** |

**Agency Certification:**

I do hereby certify I have reviewed all documentation for annual re-certification.

**Agency Representative:** _____   Date: 2/2/16

**Tenant Certification:**

I/We certify that the information given to this agency on household composition, income, net family assets, and allowances and deductions is accurate and complete to the best of my/our knowledge and belief.  I/We understand that false statements or information are punishable under federal law.  I/We also understand that false statements or information are grounds for termination of housing assistance and termination of tenancy.

**Head of Household:** _____   Date: _____

**Spouse/Co-Head:** _____   Date: _____

**Note to Tenant:**  If you disagree with the determination of rent calculation you have the right to request an informal hearing within 10 days of your signature of this form.

## PLEASE SIGN THIS FORM AND RETURN WITHIN 10 DAYS

51

**17.** Are you or any household member currently enlisted in any branch of the armed services?  ☐ Yes  ☐ No
If yes, do they receive hostile fire pa...

**18.** Have you ever received Section 8 or Public Housing Assistance (*for new applicants and portables only*)? ☐ Yes
☐ No   If yes, Where? _____ Did you leave owing money?  ☐ Yes  ☐ No

**19.** Do you pay any utilities? ☒ Yes  { } No   If yes,

| | | | |
|---|---|---|---|
| Heating | ☒ Yes | { } No | If yes, is it  { } Gas ☒ Electric |
| Cooking | ☒ Yes | { } No | If yes, is it  { } Gas ☒ Electric |
| Water Heating | { } Yes | ☒ No | If yes, is it  { } Gas { } Electric |
| Other Electric | ☒ Yes | { } No | |
| Water | { } Yes | ☒ No | |
| Sewer | { } Yes | ☒ No | |
| Trash Collection | { } Yes | ☒ No | |

*Request for "back-pay" Electric Heating since 3/18/09 when See P stored with his own witness that tenant owns 3/18/09 Sec. 8 aware of this. Otherwise a court will be called to address this matter.*

**20.** Is the water heater shared? { } Yes  { } No   Where is it located? _____

**21.** Who owns appliances in your unit?

| | | |
|---|---|---|
| Refrigerator | _____Tenant | _____Owner |
| *Stove/Range* | _____*Tenant* | _____*Owner* |
| Microwave | _____Tenant | _____Owner |

**EMERGENCY CONTACT:**

| Name | Address | Phone Number | Relationship |
|---|---|---|---|
| Peter | 746 E. Main St. Tehachapi | 809 643-8088 | Landlord |

## DECLARATION

I DO HEREBY DECLARE, UNDER THE PENALTY OF PERJURY, AS DEFINED BY CALIFORNIA PENAL CODE SECTION 118, UNDER THE LAWS OF THE UNITED STATES AND THE STATE OF CALIFORNIA THAT THE FACTS CONTAINED IN THIS REPORT ARE TRUE AND CORRECT.

I UNDERSTAND THAT ALL CHANGES IN INCOME OF ANY MEMBER OF MY HOUSEHOLD MUST BE REPORTED IN WRITING TO THE HOUSING AUTHORITY WITHIN 10 DAYS OF OCCURRENCE. ALSO, THE HOUSING AUTHORITY MUST APPROVE ANY ADDITIONAL HOUSEHOLD MEMBERS. THE HEAD OF HOUSEHOLD MUST REQUEST, IN WRITING, TO ADD OR REMOVE A MEMBER. FAILURE TO COMPLY WITH THE RULES AND REGULATIONS MAY RESULT IN PROGRAM TERMINATION AND/OR CRIMINAL PROSECUTION.

I UNDERSTAND THAT I MAY ASK THE HOUSING AUTHORITY QUESTIONS ABOUT THIS FORM PRIOR TO MY SIGNATURE.  MY SIGNATURE INDICATES I FULLY READ AND UNDERSTOOD EVERY QUESTION ON THE FORM.

TITLE 18, SECTION 1001 OF THE UNITED STATES CODE, STATES THAT A PERSON IS GUILTY OF A FELONY FOR KNOWINGLY AND WILLINGLY MAKING FALSE OR FRAUDULENT STATEMENTS TO ANY DEPARTMENT OR AGENCY OF THE UNITED STATES. MAKING FALSE STATEMENTS IS A FELONY UNDER CALIFORNIA STATE LAW AND MAY RESULT  IN CRIMINAL CHARGES INCLUDING PERJURY, GRAND THEFT, FILING FALSE DOCUMENTS WITH A PUBLIC OFFICE AND OBTAINING MONEY UNDER FALSE PRETENSES.  THESE VIOLATIONS COULD RESULT IN PRISON AND/OR FINES.

*TEODOR MARIAN*                    P. 3 of 3                    11/9/16                    52

# HOUSING AUTHORITY
# OF THE
# CITY OF SAN BUENAVENTURA

11122 Snapdragon Street Suite 100 Ventura, CA 93004
(805) 647-5990   FAX (805) 647-4691

April 20, 2016

Teodar Marian
968 E. Main St.
Ventura, CA 93001
              Re: **Utility allowance correction**

Dear Mr. Marian:

This letter is in response to your recent request asking our office to research your utility
allowance deductions since your move in date of April 2, 2009 at: 968 E. Main Street
Ventura, CA 93001. A thorough review of our records indicates that a retroactive
payment to you in the amount of $120.00 is due based on the following information:

| Year | U/A given | U/A actual | Difference |
|------|-----------|------------|------------|
| 2009 | $13 | $ 0 | $13 x 12 = $156 over utilized |
| 2010 | $ 0 | $ 0 | $ 0 |
| 2011 | $ 0 | $ 0 | $ 0 |
| 2012 | $ 0 | $ 0 | $ 0 |
| 2013 | $26 | $27 | $ 1 x 12 = $  12 under utilized |
| 2014 | $26 | $27 | $ 1 x 12 = $  12 under utilized |
| 2015 | $13 | $34 | $21x 12 = $252 under utilized |
| 2016 | $34 | $34 | $ 0 |

Attached is a copy of the corrected Utility/Appliance Update completed by your landlord.
As discussed, we are documenting that as the tenant you are responsible for the gas- heat.
If you choose not to utilize- that is your decision, but we are acknowledging this credit.

In addition, the landlord has clarified that he is supplying the refrigerator. Even though
you have chosen to add an additional refrigerator, we are unable to give you the utility
allowance for this appliance.

Within (10) days of this letter, a check will be mailed to you in the amount of $120.00 to
account for this utility allowance credit. Thank you for your patience in allowing our
office the time needed to thoroughly research this issue. You can reach me at (805) 647-
5990 ext. 3228 if you have any additional questions.

Sincerely,

Terri Hernandez
Housing Specialist

52

HOUSING AUTHORITY
OF THE
CITY OF SAN BUENAVENTURA
11122 Snapdragon Street Suite 100 Ventura, CA 93004
(805)647-5990 Fax (805)647-4691

Jan. 25, 2016

Dickens Chang
978 E. Main St.
Ventura, CA 93001

Re: Utility/Appliance Responsibility-
      Teodar Marian
      968 E. Main St.
      Ventura, CA 93001

From: Terri Hernandez-Housing Specialist (805) 647-5990 ext. 3228

A review of our records indicates there has been a change in Utility/Appliance
responsibilities in the above referenced unit since our initial contract was signed.

<u>CORRECT information is as follows:</u>

| <u>Item</u> | <u>Fuel Type</u> | | | <u>Paid By</u> | |
|---|---|---|---|---|---|
| Heating | X Gas | __ Electric | | __ Owner | X Tenant |
| Cooking | __ Gas | X Electric | | __ Owner | X Tenant |
| Water Heating | X Gas | __ Electric | | X Owner | __ Tenant |
| Other Electric | | | | __ Owner | X Tenant |
| Water | | | | X Owner | __ Tenant |
| Trash | | | | X Owner | __ Tenant |

| | <u>Provided By</u> | |
|---|---|---|
| Refrigerator | X Owner | __ Tenant |
| Stove | X Owner | __ Tenant |

Your signature below will certify the accuracy of the Utility/Appliance responsibilities
listed above. Please sign and return in the enclosed envelope no later than **Feb. 2, 2016.**

_____          _AlEX CHANG_____
Owner Signature                                          Printed Name

_626-905-8998_____          _2/2/16_____
Contact Telephone Number                           Date

54



**Allowances for Tenant-Furnished Utilities and Other Services**

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing

OMB Approval No. 2577-0169
(exp. 04/30/2018)

Utility Allowance Schedule:

## Section 8 Apartment walkup and everything else

| Locality | Unit Type | Date (mm/dd/yyyy) |
|---|---|---|
| HACSBV | Apartment/Walkup | 04/01/2015 |

| Utility or Service | Monthly Dollar Allowances | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | 5 BR | 6 BR | 7 BR | 8 BR | 9 BR |
| Heat Natural Gas | 6 | 7 | 7 | 9 | 10 | 11 | 0 | 0 | 0 | 0 |
| Heat Bottled Gas | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heat Electric | 8 | 9 | 11 | 14 | 16 | 18 | 0 | 0 | 0 | 0 |
| Cooking Natural Gas | 3 | 3 | 4 | 5 | 6 | 7 | 0 | 0 | 0 | 0 |
| Cooking Electric | 5 | 6 | 8 | 9 | 11 | 12 | 0 | 0 | 0 | 0 |
| Other Electric | 18 | 21 | 28 | 36 | 47 | 59 | 0 | 0 | 0 | 0 |
| Air Conditioning | 2 | 2 | 3 | 4 | 6 | 7 | 0 | 0 | 0 | 0 |
| Water Heat Natural Gas | 7 | 8 | 11 | 14 | 16 | 18 | 0 | 0 | 0 | 0 |
| Water Heat Electric | 11 | 13 | 18 | 23 | 27 | 29 | 0 | 0 | 0 | 0 |
| Water | 23 | 23 | 28 | 34 | 39 | 45 | 0 | 0 | 0 | 0 |
| Trash | 24 | 24 | 26 | 26 | 26 | 26 | 0 | 0 | 0 | 0 |
| Range/Microwave | 12 | 12 | 12 | 12 | 12 | 12 | 0 | 0 | 0 | 0 |
| Refigerator | 13 | 13 | 13 | 13 | 13 | 13 | 0 | 0 | 0 | 0 |
| Other Electric Charge | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| Other Natural Gas | 4 | 4 | 4 | 4 | 4 | 4 | 0 | 0 | 0 | 0 |

**Actual Family Allowances**   To be used by the family to compute allowances.
Complete below for the actual unit rented.  Unit vo-00001429

Name of Family

TEODOR MARIAN

Address of Unit

968 E MAIN ST
VENTURA, CA  93001

Number of Bedrooms

0

| Utility or Service | per month cost |
|---|---|
| Heat Natural Gas | 6 |
| Cooking Electric | 5 |
| Other Electric | 18 |
| Other Electric Charge | 1 |
| Other Natural Gas | 4 |
| **Total** | **$34** |

55

form HUD-52667 (04/15)
ref Handbook 7420.8

# Request for Tenancy Approval
## Housing Choice Voucher Program

**U.S. Department of Housing and Urban Development**
Office of Public and Indian Housing

OMB Approval No. 2577-0169
(exp. 07/31/2007)

Public reporting burden for this collection of information is estimated to average .08 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number.

Eligible families submit this information to the Public Housing Authority (PHA) when applying for housing assistance under Section 8 of the U.S. Housing Act of I937 (42 U.S.C. 1437f). The PHA uses the information to determine if the family is eligible, if the unit is eligible, and if the lease complies with program and statutory requirements. Responses are required to obtain a benefit from the Federal Government. The information requested does not lend itself to confidentiality.

| 1. Name of Public Housing Agency (PHA) | 2. Address of Unit (street address, apartment number, city, State & zip code) |
|---|---|
| Housing Authority of the City of San Buenaventura | 968 E. Main St. Ventura, CA 93001 |

| 3. Requested Beginning Date of Lease | 4. Number of Bedrooms | 5. Year Constructed | 6. Proposed Rent | 7. Security Deposit Amt. | 8. Date Unit Available for Inspection |
|---|---|---|---|---|---|
| 4/1/09 | 1 | 1950? | $800/mo | $800.- | any time |

**9. Type of House/Apartment**
[X] Single Family Detached  [ ] Semi-Detached / Row House  [ ] Manufactured Home  [ ] Garden / Walkup  [ ] Elevator / High-Rise

**10. If this unit is subsidized, indicate type of subsidy:**
[X] Section 202  [ ] Section 221(d)(3)(BMIR)  [ ] Section 236 (insured or noninsured)  [ ] Section 515 Rural Development
[ ] Home  [ ] Tax Credit
[ ] Other (Describe Other Subsidy, Including Any State or Local Subsidy)

**11. Utilities and Appliances**
The owner shall provide or pay for the utilities and appliances indicated below by an "O". The tenant shall provide or pay for the utilities and appliances indicated below by a "T". Unless otherwise specified below, the owner shall pay for all utilities and appliances provided by the owner.

| Item | Specify fuel type | | | | | Provided by | Paid by |
|---|---|---|---|---|---|---|---|
| Heating | [X] Natural gas | [ ] Bottle gas | [ ] Oil | [ ] Electric | [ ] Coal or Other | O | Owner |
| Cooking | [ ] Natural gas | [ ] Bottle gas | [ ] Oil | [X] Electric | [ ] Coal or Other | | T |
| Water Heating | [X] Natural gas | [ ] Bottle gas | [ ] Oil | [ ] Electric | [ ] Coal or Other | O | Owner |
| Other Electric | | | | | | | T |
| Water | | | | | | O | Owner |
| Sewer | | | | | | O | Owner |
| Trash Collection | | | | | | O | Owner |
| Air Conditioning | | | | | | | T |
| Refrigerator | | | | | | O | Owner |
| Range/Microwave | | | | | | | T |
| Other (specify) | | | | | | | |

12.    Owner's Certifications.
a.    The program regulation requires the PHA to certify that the rent charged to the housing choice voucher tenant is not more than the rent charged for other unassisted comparable units. Owners of projects with more than 4 units must complete the following section for most recently leased comparable unassisted units within the premises.

| | Address and unit number | Date Rented | Rental Amount |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

b.    The owner (including a principal or other interested party) is  not the parent, child, grandparent, grandchild, sister or brother of any member of the family, unless the PHA has determined (and has notified the owner and the family of such determination) that approving leasing of the unit, notwithstanding such relationship, would provide reasonable accommodation for a family member who is a person with disabilities.

c.  Check one of the following:

_____  Lead-based paint disclosure requirements do not apply because this property was built on or after January 1, 1978.

_____   The unit, common areas servicing the unit, and exterior painted surfaces associated with such unit or common areas have been found to be lead-based paint free by a lead-based paint inspector certified under the Federal certification program or under a federally accredited State certification program.

_____   A completed statement is attached containing disclosure of known information on lead-based paint and/or lead-based paint hazards in the unit, common areas or exterior painted surfaces, including a statement  that the owner has provided the lead hazard information pamphlet to the family.

13.    The PHA has not screened the family's behavior or suitability for tenancy.  Such screening is the owner's own responsibility.

14.    The  owner's lease must include word-for-word all provisions of the HUD tenancy addendum.

15.    The PHA will arrange for inspection of the unit and will notify the owner and family as to whether or not the unit will be approved.

| Print or Type Name of Owner/Owner Representative | Print or Type Name of Household Head |
|---|---|
| Dickens CHANG  MING SHU CHANG W. | Teodor Marian |
| **Signature** | **Signature (Household Head)** |
| Ding Shyen W. Chang | Teodor Marian |
| **Business Address** | **Present Address of Family**  (street address, apartment no., city, State, & zip code) |
| 978 E. Main St. Ventura, 93001 | Teodor Marian |
| **Telephone Number** (805) 643-8888 | **Date (mm/dd/yyyy)** 3-18-09 | **Telephone Number** 661-317-8937 | **Date (mm/dd/yyyy)** 3/4/09 |

57

# LEASE AGREEMENT

This agreement entered into_____ by and between Dickens' Properties, lessor (Landlord) and _____, lessee(s) (Tenant).

## In consideration of their mutual promises the parties agrees as follows:

1.  Landlord rents to Tenant and Tenant rents from the Landlord for RESIDENTIAL use only, by the following named persons

_____

The premises known as _____, California together with the following furniture, appliances, and fixtures, if any: stove, refrigerator, and _____ (Landlord is not responsible for any spoiled food as a result of refrigerator malfunction.) Any changes in the above list must be approved in writing by Landlord. If guests are to remain longer than three days, the Landlord must be notified. 25% of the current rent will be charged for each guest staying over 10 days.
The apartment has been professionally cleaned. No pets allowed.

2.  The term of this lease shall be for a term of __12__ months commencing on _____ and ending on _____. Thereafter this rental agreement will be month to month and may be terminated or amended at any time by either party giving written notice thirty (30) days in advance. If resident should move from the premises prior to the expiration of this time period, he shall be liable for all rent due until such time that the apartment is occupied by an owner approved paying resident and /or expiration of said time period, whichever period is shorter, and one month's rent will be changed as penalty for breaking of lease.
Tenant is to pay all expenses (i.e. Newspaper ads, extra labor costs etc.), which is caused by the tenant's unilateral breaking of lease.

3.  Tenant agrees to pay rent by cash, money order, cashier's check, or personal check, payable in advance as follows: $ _____ per month commencing on _____.
Rent is due on or before the 1st day of each month. There will be a $50.00 late fee charged onto your account if rent is not received before the 3rd day. If rent is not received or postmarked on or before the third day of the current month, a "Notice to pay Rent or Quit" shall be served and a charge of $25.00 shall be billed to Tenant's account to pay for preparation and service of said notice.
If this agreement does not commence on the first day of the month, the rent shall be prorated based on move in date. Said daily rate on 1/30 of a month's rent _____ days is $_____ payable with deposit before move in.

4.  At the time of this agreement, Tenant shall deposit with Landlord, as a non-interest bearing security deposit, the sum of $ _____, which will be collected and forwarded to the owner, Landlord, at his sole discretion, may use there from only such amounts as are reasonably necessary to:
a) Remedy Tenant's defaults in the payment of rent, prorated on a daily rate on 1/30th of a month's rent per day. AT NO TIME SHALL THE SECURITY DEPOSIT BE USED BY THE TENANT FOR THE PAYMENT OF RENT.

permission. We, therefore, rely upon you to keep the interior or your apartment clean and to notify us promptly if any problems occur.

If air is allowed to circulate in your apartment, mold and mildew should not grow. However, if you allow moisture to accumulate, mold may grow. ONE HUNDRED DOLLARS OF THE TANANT'S DEPOSIT IS FORFEITED FOR NICOTINE OR MILDEW STAINS.

Resident agrees to indemnify and hold harmless the Owner/ Agent from any actions, claims, losses, damages, and expenses, including, but not limited to, attorneys' fees that the Owner/agent may sustain or incur as a result of the negligence of the Resident or any guest or other person living in, occupying, or using the premises.

18.    The Tenant hereby acknowledges receipt of the following keys: entrance, back door, dead bolt, mailbox, laundry, storage, remote gate opener and gym/spa.

19.    The undersigned Tenant acknowledges having read the foregoing prior to execution and receipt of copy hereof.

> The California Department of Justice, sheriff's
> Departments, police departments serving jurisdictions
> of 200.000 or more and many other local law
> enforcement authorities maintain for public
> access a database of the locations of persons
> required to register pursuant to paragraph (1)
> of subdivision (a) of Section 290.4 of the Penal Code.
> The database is updated in a quarterly basis
> and is a source of information about the presence
> of these individuals in any neighborhood. The
> Department of Justice also maintains a Sex
> Offender Identification Line through which
> Inquiries about individuals may be made. This
> is a "900" telephone service. Callers must have
> specific information about individuals they are
> checking. Information regarding neighborhoods
> is not available through the "900" telephone service.

20.    Dickens' Properties emergency phone service after hours. Tenants to report genuine emergencies should use this: fire, floods, and any conditions that make the unit uninhabitable. Frivolous use of the emergency phone service for calls other than emergencies will result in a charge of $25.00 to the calling address.

21.    Tenant has been assigned parking space   # 3 for   one   vehicle ONLY.
        (2nd parking space will be charged $25.00 more, it will add to the monthly rent.)

Landlord or Manager                                    Tenant _____

_____                     Tenant _____
                                                                      (Sponsor)

                                                                      59



**HOUSING AUTHORITY**
of the
**CITY OF SAN BUENAVENTURA**

Denise Wise, Chief Executive Officer

BOARD OF COMMISSIONERS

John Polanskey, Chair
Jim White, Vice Chair
William Cornell, Commissioner
Francisco Sanchezi Commissioner
Selfa Saucedo, Commissioner
Bill Watkins, Commissioner
Jenny York, Commissioner

December 10, 2015

TEODOR MARIAN
968 E MAIN ST
VENTURA, CA  93001

Dear TEODOR MARIAN:

On 12/10/2015 our agency conducted an inspection of the Unit located at:

968 E MAIN ST
VENTURA, CA  93001

The inspection failed because of non-health and safety issues.
Please refer to the next page for failed items which need to be corrected or repaired.

Please review the following notes from our inspection:

In order to complete the inspection process, verification the items have been corrected must be emailed to inspections@hacityventura.org by **12/31/15** using the attached certification form and providing pictures and/or receipts as necessary.  If certification **is** received by the above date there will **NOT** be a re-inspection of the unit to verify the failed items have been corrected/repaired.

If certification is **NOT received** by the above date, it will be necessary to re-inspect the unit. A re-inspection of the unit has been schedule for 1/6/16 between the hours of 9 am and 4 pm and will be cancelled if certification is received for all failed items as stated above.

If repairs are not completed by the date indicated above, the next housing subsidy check will be abated for each day until all deficiencies are repaired, and a re-inspection of the unit has been comple

**Failure to complete the repairs by the specified date could cause a "Notice of Termination" of the housing assistance payment contract.**

Sincerely,

Housing Inspection Team
805-647-5990 **Ext. 3236**

60

**Failed Items**

### Bathroom #1

| | Observations | Responsibility |
|---|---|---|
| Tub or Shower in Unit | Leaking | Owner |
| | **Note:**  Replace leaking showerhead. | |

### Bathroom #2

| | Observations | Responsibility |
|---|---|---|
| | Note: | |

### Bedroom #1

| | Observations | Responsibility |
|---|---|---|
| | Note: | |

### Bedroom #2

| | Observations | Responsibility |
|---|---|---|
| | Note: | |

### Bedroom #3

| | Observations | Responsibility |
|---|---|---|
| | Note: | |

### Exterior Condition

| | Observations | Responsibility |
|---|---|---|
| | Note: | |

### General Health and Safety

| | Observations | Responsibility |
|---|---|---|
| | Note: | |

### Heating and Pluming

| | Observations | Responsibility |
|---|---|---|
| Adequacy of Heating Equipment | Non-operable | Owner |
| | Note: | |

### Kitchen

| | Observations | Responsibility |
|---|---|---|
| | Note: | |

### Living Room

| | Observations | Responsibility |
|---|---|---|

61

# HOUSING AUTHORITY
## of the
## CITY OF SAN BUENAVENTURA

Denise Wise, Chief Executive Officer

BOARD OF COMMISSIONERS

John Polanskey, Chair
Jim White, Vice Chair
William Cornell, Commissioner
Francisco Sanchezi Commissioner
Selfa Saucedo, Commissioner
Bill Watkins, Commissioner
Jenny York, Commissioner

April 10, 2014

TEODOR MARIAN
968 E MAIN ST
VENTURA, CA  93001

Dear TEODOR MARIAN:

On 02/24/2014 our agency conducted an inspection of the Unit located at:

968 E MAIN ST
VENTURA, CA  93001

The inspection failed because of non-health and safety issues.
Please refer to the next page for failed items which need to be corrected or repaired.

Please review the following notes from our inspection:

In order to complete the inspection process, verification the items have been corrected must be emailed to bchavez@hacityventura.org by **3/17/14** using the attached certification form and providing pictures and/or receipts as necessary.  If sufficient verification is received by the above date there will **NOT** be a re-inspection of the unit to verify the failed items have been corrected.

If sufficient verification is <u>not</u> received by the above date, it will be necessary to re-inspect the unit. A re-inspection of the unit has been schedule for 4|28|2014  between the hours of 9 am and 4 pm.

If repairs are not completed by the date indicated above, the next housing subsidy check will be abated for each day until all deficiencies are repaired, and a re-inspection of the unit has been comple

**Failure to complete the repairs by the specified date could cause a "Notice of Termination" of the housing assistance payment contract.**

Sincerely,

Housing Inspection Team
805-647-5990 **Ext. 3236**

62

## Failed Items

| Bathroom #1 | | Owner |
|---|---|---|
| | Observations | Responsibility |

Note:

| Bathroom #2 | | |
|---|---|---|
| | Observations | Responsibility |

Note:

| Bedroom #1 | | |
|---|---|---|
| | Observations | Responsibility |

Note:

| Bedroom #2 | | |
|---|---|---|
| | Observations | Responsibility |

Note:

| Bedroom #3 | | |
|---|---|---|
| | Observations | Responsibility |

Note:

| Exterior Condition | | Owner |
|---|---|---|
| | Observations | Responsibility |

Note:

| General Health and Safety | | Owner |
|---|---|---|
| | Observations | Responsibility |
| Access to Unit | No outside/public entrance | Both |
| | **Note:** Remve personal clutter through out unit. | |

| Heating and Pluming | | Owner |
|---|---|---|
| | Observations | Responsibility |
| Adequacy of Heating Equipment | Not enough equipment | Owner |
| | **Note:** Repair non op heater. | |

| Kitchen | | Owner |
|---|---|---|
| | Observations | Responsibility |

Note:

| Living Room | | Owner |
|---|---|---|
| | Observations | Responsibility |

63

## Other Room 2

| Observations | Responsibility |
| --- | --- |

**Note:**

## Other Room 3

| Observations | Responsibility |
| --- | --- |

**Note:**

## Other Room/Hallway                                                      Owner

| | Observations | Responsibility |
| --- | --- | --- |
| Smoke Detector | No smoke detector | Owner |

**Note:**  Repair co detector.

## Questions to ask the Tenant

| Observations | Responsibility |
| --- | --- |

**Note:**

## Secondary Rooms

| Observations | Responsibility |
| --- | --- |

**Note:**

b4



UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )

Teodor Marian

**DEFENDANTS** ( Check box if you are representing yourself [ ] )

**(b) County of Residence of First Listed Plaintiff**
*(EXCEPT IN U.S. PLAINTIFF CASES)* Ventura, California

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

Teodor Marian

P O Box 1461 ,Ventura , CA 93002

Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

Teodor Marian

P O Box 1461
Ventura, CA 93002

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No [ ] **MONEY DEMANDED IN COMPLAINT:** $ 359,0 00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

42 USC Sec 1437f,a, 42 USC Sec 1404a -Improper Deducction and allowances under contract with HUD, Sec .8 voucher program of Ventura

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 400 State Reapportionment | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 410 Antitrust | [ ] 130 Miller Act | [ ] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 140 Negotiable Instrument | **TORTS** | **TORTS** | [ ] 530 General | **SOCIAL SECURITY** |
| [ ] 450 Commerce/ICC Rates/Etc. | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |
| [ ] 460 Deportation | | [ ] 310 Airplane | [ ] 370 Other Fraud | **Other:** | [ ] 862 Black Lung (923) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 151 Medicare Act | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | [ ] 540 Mandamus/Other | [ ] 863 DIWC/DIWW (405 (g)) |
| [ ] 480 Consumer Credit | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 555 Prison Condition | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Commodities/Exchange | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 340 Marine | **BANKRUPTCY** | [ ] 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| [ ] 890 Other Statutory Actions | [ ] 160 Stockholders' Suits | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 891 Agricultural Acts | | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 893 Environmental Matters | [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 690 Other | |
| [ ] 895 Freedom of Info. Act | [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | [ ] 440 Other Civil Rights | **LABOR** | |
| [ ] 896 Arbitration | [ ] 196 Franchise | [ ] 362 Personal Injury-Med Malpratice | [ ] 441 Voting | [ ] 710 Fair Labor Standards Act | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | [ ] 365 Personal Injury-Product Liability | [ ] 442 Employment | [ ] 720 Labor/Mgmt. Relations | |
| | [ ] 210 Land Condemnation | [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/Accommodations | [ ] 740 Railway Labor Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 220 Foreclosure | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 445 American with Disabilities-Employment | [ ] 751 Family and Medical Leave Act | |
| | [ ] 230 Rent Lease & Ejectment | | [ ] 446 American with Disabilities-Other | [ ] 790 Other Labor Litigation | |
| | | | [ ] 448 Education | [ ] 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**  Case Number:

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE**: Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| [ ] Yes  [X] No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | [ ] Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| [ ] Yes  [X] No | | [X] NO. Continue to Question B.2. |
| If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | [ ] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| [ ] Yes  [X] No | | [XX] NO. Continue to Question C.2. |
| If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | [ ] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [ ] |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [ ] |

| D.1. Is there at least one answer in Column A? | D.2. Is there at least one answer in Column B? |
|---|---|
| [ ] Yes  [X] No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | [ ] Yes  [X] No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | [ ] Yes  [ ] No |

CV-71 (10/14)                    CIVIL COVER SHEET                    Page 2 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court**?     ☒ NO     ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?     ☒ NO     ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** Teodor Marian   _Teodor Marian_   DATE: 11/7/16

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |